B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Washington, Raymond and Sharon ,
            *Debtor*

Case No.  10-24366-CMB

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  June 2016             Date filed:  04/16/2013

Line of Business:  Rental Property       NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*Raymond & Sharon Washington*
Original Signature of Responsible Party

Raymond Washington & Sharon Washington
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ N/A |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ N/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☐ N/A |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☐ N/A |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ N/A |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☐ N/A |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 4,452.31

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month   $ 894.08
Cash on Hand at End of Month   $ 1,300.75

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 1,300.75

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 4,051.20

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 4,452.31
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 4,051.20

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 402.11

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0.0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0.0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | N/A |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | N/A |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 500.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 24,375.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.0 |




**Citizens Bank**

ROP-450
PO Box 7000
Providence RI 02940

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account Statement**

**1** OF 4

Beginning May 25, 2016
through June 23, 2016

RAYMOND WASHINGTON
18 N JOSLYN DR
PITTSBURGH PA 15235-3928

---

## Checking

US759  2  1

### SUMMARY

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 53.53 |
| Checks | 257.82 − |
| Withdrawals & Debits | 3,350.52 − |
| Deposits & Credits | 5,096.74 + |
| **Current Balance** | **1,541.93 =** |

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in your account of $1,500 or by making 5 qualifying transactions that post to your account during the statement period.
    Your average daily balance used to qualify this statement period is:     $948
    Your number of qualifying transactions this statement period is:        114
Your next statement period will end on July 26, 2016.

### TRANSACTION DETAILS

**Checks**  *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 196 | 178.00 | 06/09 | 197 | 79.82 | 06/13 |

**Previous Balance**
53.53

**Total Checks**
257.82

### Withdrawals & Debits
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 05/25 | 12.88 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 05/26 | 15.00 | 0657 Dbt Purchase - 270008 Gtl*inmate Phone S877-650-42 49 A |
| 05/26 | 9.93 | 6512 Dbt Purchase - 389 Kfc J625185 2955pittsburgh PA |
| 05/26 | 2.50 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 05/26 | 8.38 | 0657 Dbt Purchase - 290005 Giant-Eagle #0078 Penn Hills PA |
| 05/26 | 14.77 | 0657 POS Debit - 780391 Giant-Eagle #0 Pittsburgh PA |
| 05/27 | 5.85 | 6512 Dbt Purchase - 000093 Popeyes Wilkins Pittsburgh PA |
| 05/27 | 26.99 | 0657 Dbt Purchase - 270005 Giant-Eagle #0078 Penn Hills PA |
| 05/27 | 10.01 | 6512 Dbt Purchase - 01 Marathon Petro1421pittsbu PA |
| 05/31 | 15.00 | 0657 Dbt Purchase - 250008 Gtl*inmate Phone S877-650-42 49 A |
| 05/31 | 9.57 | 0657 Dbt Purchase - 290006 Market District #0pittsurgh PA |
| 05/31 | 9.98 | 6512 Dbt Purchase - 573430 Walgreens #9675 Pittsburgh PA |
| 05/31 | 5.79 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 05/31 | 22.00 | 6512 POS Debit - 270000 Upm*upmc Health Pl888-499-69 13 PA |
| 05/31 | 10.06 | 6512 Dbt Purchase - 238891 Sunoco 0261894001 Pittsburgh PA |
| 05/31 | 15.01 | 6512 Dbt Purchase - 270005 Get Go #3659 Pittsburgh PA |
| 05/31 | 12.83 | 6512 Dbt Purchase - 784680 Penn Hills Lawn & Pittsburgh PA |
| 05/31 | 28.05 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 05/31 | 5.38 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 05/31 | 7.49 | 6512 Dbt Purchase - Lk3072 Community Supermarverona PA |

Member FDIC  ⌂  Equal Housing Lender

 **Citizens Bank**

1-888-910-4100
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account
Statement

**2** OF 4

Beginning May 25, 2016
through June 23, 2016

---

*Checking continued from previous page*

### ATM/Purchases (continued)

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

| Date | Amount | Description |
|---|---|---|
| 06/01 | 15.89 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 06/01 | 15.05 | 6512 Dbt Purchase - 001 Exxonmobil 4205penn Hills PA |
| 06/01 | 2.75 | 6512 Dbt Purchase - 01 Marathon Petro1421pittsbu PA |
| 06/01 | 5.56 | 6512 Dbt Purchase - 966579 Buffalo Wild Wingspittsburgh PA |
| 06/02 | 10.06 | 6512 Dbt Purchase - 01 Marathon Petro1421pittsbu PA |
| 06/02 | 7.46 | 6512 Dbt Purchase - 000093 Popeyes Wilkins Pittsburgh PA |
| 06/02 | 11.53 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 06/02 | 10.03 | 6512 Dbt Purchase - 001 Exxonmobil 4205penn Hills PA |
| 06/03 | 5.22 | 6512 Dbt Purchase - 238891 Sunoco 0261894001 Pittsburgh PA |
| 06/03 | 4.23 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 06/03 | 10.07 | 6512 Dbt Purchase - 001 Exxonmobil 4205penn Hills PA |
| 06/06 | 25.00 | 0657 Dbt Purchase - 00230d Delta Air Baggagft Walton Bchfl |
| 06/06 | 9.71 | 0657 Dbt Purchase - 780233 Paschals B Atlanta GA |
| 06/06 | 15.13 | 6512 Dbt Purchase - 006 Sheetz 0000pittsburgh PA |
| 06/06 | 80.00 | 0657 ATM Cash - MI7585 Gnt Eagle Rodi/Penn Hills, Pittsburgh |
| 06/06 | 51.50 | 0657 Dbt Purchase - 600985 Philip Pelusi Momonroevill E PA |
| 06/07 | 2.03 | 0657 Dbt Purchase - 290005 Upmc Shadyside Cafpittsburgh PA |
| 06/07 | 15.03 | 6512 Dbt Purchase - 01 Marathon Petro1421pittsbu PA |
| 06/07 | 18.21 | 6512 POS Debit - 290006 Sxm*siriusxm.Com 44 NY |
| 06/08 | 19.23 | 6512 Dbt Purchase - 230837 Walmart.Com 800966800-966-65 46 A |
| 06/08 | 8.55 | 6512 Dbt Purchase - 250800 Vocelli Penn Hillspenn Hills PA |
| 06/08 | 8.34 | 0657 Dbt Purchase - 200005 Boston Market 0270pittsburgh PA |
| 06/08 | 7.17 | 6512 Dbt Purchase - 1 Mcdonald's F28550 Penn Hills PA |
| 06/08 | 9.99 | 0657 Dbt Purchase - 290833 Kindle Unlimited 8866-216-10 72 W |
| 06/08 | 15.07 | 6512 Dbt Purchase - 01 Marathon Petro1421pittsbu PA |
| 06/08 | 7.60 | 6512 Dbt Purchase - 966579 Buffalo Wild Wingspittsburgh PA |
| 06/08 | 254.88 | 0657 POS Debit - 600011 Giant-Eagle #0 Monroevill E PA |
| 06/09 | 5.35 | 6512 Dbt Purchase - 000000 Arbys 1858 Verona PA |
| 06/09 | 14.79 | 6512 Dbt Purchase - 200101 The Home Depot 411pittsburgh PA |
| 06/09 | 12.83 | 6512 Dbt Purchase - 826279 Beer Minimum Pittsburgh PA |
| 06/09 | 10.99 | 6512 Dbt Purchase - 250005 Giant-Eagle #0078 Penn Hills PA |
| 06/09 | 25.64 | 6512 Dbt Purchase - 270005 Get Go #3060 Monroevill E PA |
| 06/10 | 10.99 | 6512 Dbt Purchase - 298891 Sunoco 0261894001 Pittsburgh PA |
| 06/10 | 7.27 | 6512 Dbt Purchase - 183791 Walgreens #9675 Pittsburgh PA |
| 06/10 | 60.00 | 6512 ATM Cash - MI6432 Penn Hills, Verona PA |
| 06/13 | 9.35 | 6512 Dbt Purchase - 210800 Vocelli Penn Hillspenn Hills PA |
| 06/13 | 22.15 | 0657 POS Debit - 258800 Wm Supercenter N.Versaill Es PA |
| 06/13 | 15.02 | 6512 Dbt Purchase - 001 Exxonmobil 4205penn Hills PA |
| 06/13 | 42.79 | 6512 Dbt Purchase - 429608 Autozone #4614 Penn Hills PA |
| 06/13 | 11.55 | 6512 Dbt Purchase - 429608 Officemax/Office Dmonroevill E PA |
| 06/13 | 54.68 | 6512 Dbt Purchase - 080 Target 0001monroevill E PA |
| 06/14 | 16.00 | 6512 Dbt Purchase - 017519 Stoecklein Bake Shpittsburgh PA |
| 06/14 | 6.13 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 06/14 | 188.68 | 6512 POS Debit - 270001 Progressive *insur800-776-47 37 OH |
| 06/15 | 29.99 | 0657 Dbt Purchase - 910401 Hsn*hsn132236922 800-284390 0 FL |
| 06/15 | 2.84 | 6512 Dbt Purchase - 01 Marathon Petro1421pittsbu PA |
| 06/15 | 30.00 | 0657 POS Debit - 400037 Market Distric Pittsburgh PA |
| 06/16 | .99 | 6512 Dbt Purchase - 08 7-Eleven 36205 Verona PA |
| 06/16 | 5.87 | 6512 Dbt Purchase - 280101 The Home Depot 413pittsburgh PA |
| 06/16 | 15.12 | 6512 Dbt Purchase - 260005 Get Go #3108 Pittsburgh PA |
| 06/16 | 16.46 | 6512 Dbt Purchase - 208942 Printpal Com 888-772-13 61 OR |
| 06/16 | 5.93 | 0657 Dbt Purchase - 210004 Upmc Shadyside Cafpittsburgh PA |
| 06/17 | 2.92 | 6512 Dbt Purchase - 01 Marathon Petro1421pittsbu PA |
| 06/17 | 1.59 | 0657 Dbt Purchase - 220005 Giant-Eagle #0078 Penn Hills PA |
| 06/17 | 1.07 | 6512 Dbt Purchase - 250005 Dollar Tree Pittsburgh PA |
| 06/17 | 1.07 | 6512 Dbt Purchase - 280005 Dollar Tree Pittsburgh PA |
| 06/17 | 6.49 | 6512 Dbt Purchase - 517579 Wendys 521 Penn Hills PA |
| 06/20 | 7.99 | 6512 Dbt Purchase - 260101 The Home Depot 413pittsburgh PA |
| 06/20 | 21.24 | 0657 Dbt Purchase - 910401 Hsn*hsn132251760 800-933288 7 FL |
| 06/20 | 15.07 | 6512 Dbt Purchase - 218891 Sunoco 0261894001 Pittsburgh PA |
| 06/20 | 1.25 | 6512 Dbt Purchase - 000106 Penn Hills Convenipenn Hills PA |
| 06/20 | 3.69 | 0657 Dbt Purchase - 210006 Upmc Shadyside Cafpittsburgh PA |
| 06/20 | 15.19 | 6512 Dbt Purchase - 248891 Sunoco 0363992904 Pittsburgh PA |
| 06/20 | 4.68 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 06/20 | 4.80 | 0657 Dbt Purchase - 002806 Orange Julius #416monroevill E PA |
| 06/20 | 15.76 | 6512 Dbt Purchase - 009 Sheetz 0000monroevill E PA |
| 06/20 | 6.49 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 06/20 | 2.76 | 6512 Dbt Purchase - Lk5793 Eastwood Hardware Pittsburgh PA |
| 06/20 | 5.87 | 6512 Dbt Purchase - 299 1 Wine & Spirits 029pittsburgh PA |
| 06/20 | 6.40 | 6512 Dbt Purchase - 240006 Autozone #4614 Penn Hills PA |
| 06/20 | 7.47 | 6512 Dbt Purchase - 389 Kfc J625185 2955pittsburgh PA |
| 06/20 | 4.80 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 06/20 | 6.93 | 6512 Dbt Purchase - 200102 The Home Depot 411pittsburgh PA |
| 06/21 | 10.13 | 6512 Dbt Purchase - 290101 The Home Depot 413pittsburgh PA |

7/3/2016

## Bank Summary - Jun 2016
### 6/1/2016 through 6/30/2016

Page 1

| Category | 6/1/2016- 6/30/2016 |
|---|---:|
| **INCOME** | |
| Net Salary | 2,522.31 |
| Other Inc | 1,930.00 |
| **TOTAL INCOME** | **4,452.31** |
| | |
| **EXPENSES** | |
| Auto & Transport | |
|   Auto Gas | 94.11 |
|   Auto Insurance | 253.74 |
|   Auto Payment | 512.25 |
|   Gas & Fuel | 155.94 |
|   Public Transportation | 30.00 |
|   Service & Parts | 49.19 |
|   TOTAL Auto & Transport | 1,095.23 |
| Bills & Utilities | 30.69 |
|   Mobile Phone | 452.41 |
|   Television | 163.38 |
|   Utilities | 306.58 |
|   TOTAL Bills & Utilities | 953.06 |
| Cash & ATM | 100.00 |
| Entertainment | |
|   Movies & DVDs | 18.25 |
|   Music | 18.21 |
|   TOTAL Entertainment | 36.46 |
| Food & Dining | |
|   Alcohol & Bars | 45.43 |
|   Baked Goods | 16.00 |
|   Fast Food | 54.65 |
|     Cafeteria | 18.81 |
|   TOTAL Fast Food | 73.46 |
|   Groceries | 465.97 |
|   Restaurants | 45.20 |
|   TOTAL Food & Dining | 646.06 |
| Health & Fitness | |
|   Health Insurance | 22.00 |
|   TOTAL Health & Fitness | 22.00 |

Bank Summary - Jun 2016
6/1/2016 through 6/30/2016

7/3/2016 Page 2

| Category | 6/1/2016-6/30/2016 |
|---|---:|
| Home | |
|   Home Improvement | 51.04 |
|   Home Insurance | 58.64 |
|   Home Supplies | 2.76 |
|   TOTAL Home | 112.44 |
| Legal Fees | 500.00 |
| Misc. | 79.82 |
| Office Supplies | 26.08 |
| Personal Care | 7.27 |
|   Hair | 51.50 |
|   TOTAL Personal Care | 58.77 |
| Service Fees | 68.50 |
| Shopping | 303.62 |
|   Books | 9.99 |
|   Hobbies | 4.67 |
|   Snacks | 6.75 |
|   TOTAL Shopping | 325.03 |
| Snacks | 2.75 |
| Travel | |
|   Air Travel | 25.00 |
|   TOTAL Travel | 25.00 |
| **TOTAL EXPENSES** | **4,051.20** |
| **OVERALL TOTAL** | **401.11** |

## Citizens Account Registry - Jun 2016
### 6/1/2016 through 6/30/2016

7/3/2016

Page 1

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **7-Eleven** | | | | | | |
| 6/16/2016 | Checking at Citizens Bank - Mid Atl Con | | 7-Eleven | Shopping:Snacks | c | -0.99 |
| | | | | | | -0.99 |
| **Allstate** | | | | | | |
| 6/28/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Auto & Transport:Auto Insurance | c | -123.70 |
| 6/21/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Home:Home Insurance | c | -65.06 |
| | | | | | | -58.64 |
| **Amazon Kindle** | | | | | | |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon Kindle | Shopping:Books | c | -9.99 |
| | | | | | | -9.99 |
| **Anthony Washington** | | | | | | |
| 6/13/2016 | Checking at Citizens Bank - Mid Atl Con | 197 | Anthony Washington | Misc. | c | -79.82 |
| | | | | | | -79.82 |
| **Arby's** | | | | | | |
| 6/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Arby's | Food & Dining:Fast Food | c | -5.35 |
| | | | | | | -5.35 |
| **ATM Cash** | | | | | | |
| 6/6/2016 | Checking at Citizens Bank - Mid Atl Con | AT... | ATM Cash | --Split-- | c | -180.00 |
| 6/10/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | ATM Cash | Cash & ATM | c | -80.00 |
| 6/24/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | ATM Cash | Cash & ATM | c | -60.00 |
| | | | | | | -40.00 |
| **AutoZone** | | | | | | |
| 6/13/2016 | Checking at Citizens Bank - Mid Atl Con | | AutoZone | Auto & Transport:Service & Parts | c | -49.19 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | AutoZone | Auto & Transport:Service & Parts | c | -42.79 |
| | | | | | | -6.40 |
| **Beer Minimum** | | | | | | |
| 6/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Beer Minimum | Food & Dining:Alcohol & Bars | c | -28.87 |
| 6/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Beer Minimum | Food & Dining:Alcohol & Bars | c | -12.83 |
| | | | | | | -16.04 |
| **Boston Market** | | | | | | |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Boston Market | Food & Dining:Fast Food | c | -17.68 |
| 6/28/2016 | Checking at Citizens Bank - Mid Atl Con | | Boston Market | Food & Dining:Restaurants | c | -8.34 |
| | | | | | | -9.34 |
| **Buffalo Wild Wings** | | | | | | |
| 6/1/2016 | Checking at Citizens Bank - Mid Atl Con | | Buffalo Wild Wings | Food & Dining:Restaurants | c | -13.16 |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Buffalo Wild Wings | Food & Dining:Restaurants | c | -5.56 |
| | | | | | | -7.60 |
| **Delta** | | | | | | |
| 6/6/2016 | Checking at Citizens Bank - Mid Atl Con | | Delta | Travel:Air Travel | c | -25.00 |
| | | | | | | -25.00 |
| **Dollar Tree** | | | | | | |
| 6/17/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Food & Dining:Groceries | c | -68.76 |
| 6/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Shopping | c | -1.07 |
| 6/17/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Shopping | c | -22.15 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Shopping | c | -1.07 |
| 6/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Shopping | c | -1.25 |
| 6/28/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Shopping | c | -31.56 |
| 6/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Shopping:Hobbies | c | -6.99 |
| | | | | | | -4.67 |

## Citizens Account Registry - Jun 2016
6/1/2016 through 6/30/2016

7/3/2016

Page 2

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Duquesne Light** | | | | | | **-217.00** |
| 6/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -100.00 |
| 6/24/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -117.00 |
| **Eastwood Hardware** | | | | | | **-2.76** |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Eastwood Hardware | Home:Home Supplies | c | -2.76 |
| **Exxon** | | | | | | **-61.21** |
| 6/1/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Auto Gas | c | -15.05 |
| 6/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Auto Gas | c | -10.03 |
| 6/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Auto Gas | c | -10.07 |
| 6/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -15.02 |
| 6/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -11.04 |
| **Fingerhut** | | | | | | **-100.00** |
| 6/10/2016 | Checking at Citizens Bank - Mid Atl Con | | Fingerhut | Shopping | c | -100.00 |
| **Geri (Rent)** | | | | | | **550.00** |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Geri (Rent) | Other Inc | c | 550.00 |
| **Get Go** | | | | | | **-48.94** |
| 6/21/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Auto Gas | c | -8.18 |
| 6/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Gas & Fuel | c | -25.64 |
| 6/16/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Gas & Fuel | c | -15.12 |
| **Giant Eagle** | | | | | | **-267.46** |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | | ... Giant Eagle | —Split— | c | -254.88 |
| 6/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -10.99 |
| 6/17/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -1.59 |
| **GNC Federal Credit Union** | | | | | | **-178.00** |
| 6/9/2016 | Checking at Citizens Bank - Mid Atl Con | 196 | GNC Federal Credit Union | Auto & Transport:Auto Payment | c | -178.00 |
| **Home Depot** | | | | | | **-45.71** |
| 6/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -14.79 |
| 6/16/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -5.87 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -6.93 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -7.99 |
| 6/21/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -10.13 |
| **Home Shopping** | | | | | | **-51.23** |
| 6/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -29.99 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -21.24 |
| **KFC** | | | | | | **-7.47** |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | KFC | Food & Dining:Fast Food | c | -7.47 |
| **Lowes** | | | | | | **-5.33** |
| 6/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Lowes | Home:Home Improvement | c | -5.33 |

## Citizens Account Registry - Jun 2016
### 6/1/2016 through 6/30/2016

7/3/2016

Page 3

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Marathon** | | | | | | **-53.97** |
| 6/2/2016 | Checking at Citizens Bank - Mid Atl Con | Marathon | | Auto & Transport:Auto Gas | c | -10.06 |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | Marathon | | Auto & Transport:Auto Gas | c | -15.07 |
| 6/21/2016 | Checking at Citizens Bank - Mid Atl Con | Marathon | | Auto & Transport:Auto Gas | c | -5.30 |
| 6/7/2016 | Checking at Citizens Bank - Mid Atl Con | Marathon | | Auto & Transport:Gas & Fuel | c | -15.03 |
| 6/15/2016 | Checking at Citizens Bank - Mid Atl Con | Marathon | | Shopping:Snacks | c | -2.84 |
| 6/17/2016 | Checking at Citizens Bank - Mid Atl Con | Marathon | | Shopping:Snacks | c | -2.92 |
| 6/1/2016 | Checking at Citizens Bank - Mid Atl Con | Marathon | | Snacks | c | -2.75 |
| **Market District** | | | | | | **-34.29** |
| 6/15/2016 | Checking at Citizens Bank - Mid Atl Con | Market District | | Auto & Transport:Public Transp... | c | -30.00 |
| 6/28/2016 | Checking at Citizens Bank - Mid Atl Con | Market District | | Food & Dining:Groceries | c | -4.29 |
| **McDonald's** | | | | | | **-9.83** |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | McDonald's | | Food & Dining:Fast Food | c | -7.17 |
| 6/23/2016 | Checking at Citizens Bank - Mid Atl Con | McDonald's | | Food & Dining:Fast Food | c | -2.66 |
| **Office Max** | | | | | | **-9.62** |
| 6/13/2016 | Checking at Citizens Bank - Mid Atl Con | Office Max | | Office Supplies | c | -11.55 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | Office Max | | Office Supplies | c | 1.93 |
| **Onl 02030 Peoples Natural Gas #1** | | | | | | **-30.69** |
| 6/10/2016 | Checking at Citizens Bank - Mid Atl Con | Onl 02030 Peoples Natural Ga... | | Bills & Utilities | c | -30.69 |
| **Orange Julius** | | | | | | **-4.80** |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | Orange Julius | | Food & Dining:Restaurants | c | -4.80 |
| **Paschals B G** | | | | | | **-9.71** |
| 6/6/2016 | Checking at Citizens Bank - Mid Atl Con | Paschals B G | | Food & Dining:Fast Food | c | -9.71 |
| **Paypal** | | | | | | **-68.50** |
| 6/6/2016 | Checking at Citizens Bank - Mid Atl Con | Paypal | | Service Fees | c | -68.50 |
| **Philip Pelusi** | | | | | | **-51.50** |
| 6/6/2016 | Checking at Citizens Bank - Mid Atl Con | Philip Pelusi | | Personal Care:Hair | c | -51.50 |
| **Popeye's** | | | | | | **-7.46** |
| 6/2/2016 | Checking at Citizens Bank - Mid Atl Con | Popeye's | | Food & Dining:Fast Food | c | -7.46 |
| **Printpal** | | | | | | **-16.46** |
| 6/16/2016 | Checking at Citizens Bank - Mid Atl Con | Printpal | | Office Supplies | c | -16.46 |
| **Progressive** | | | | | | **-188.68** |
| 6/14/2016 | Checking at Citizens Bank - Mid Atl Con | Progressive | | Auto & Transport:Auto Insurance | c | -188.68 |
| **Sheetz** | | | | | | **-30.89** |
| 6/6/2016 | Checking at Citizens Bank - Mid Atl Con | Sheetz | | Auto & Transport:Auto Gas | c | -15.13 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | Sheetz | | Auto & Transport:Gas & Fuel | c | -15.76 |
| **Shop 'n Save** | | | | | | **-113.15** |
| 6/1/2016 | Checking at Citizens Bank - Mid Atl Con | Shop 'n Save | | Food & Dining:Groceries | c | -15.89 |

Citizens Account Registry - Jun 2016
6/1/2016 through 6/30/2016

7/3/2016

Page 4

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 6/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -11.53 |
| 6/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -4.23 |
| 6/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -6.13 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -4.80 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -6.49 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -4.68 |
| 6/23/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -7.99 |
| 6/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -19.09 |
| 6/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -9.48 |
| 6/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -22.84 |
| **Sirius Radio** | | | | | | **-18.21** |
| 6/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Sirius Radio | Entertainment:Music | c | -18.21 |
| **Ssa Treas Xxsoc** | | | | | | **1,174.00** |
| 6/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Ssa Treas Xxsoc | Net Salary | c | 1,174.00 |
| **Stoecklein Bakery** | | | | | | **-16.00** |
| 6/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Stoecklein Bakery | Food & Dining:Baked Goods | c | -16.00 |
| **Sunoco** | | | | | | **-63.55** |
| 6/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Auto Gas | | -5.22 |
| 6/10/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Gas & Fuel | c | -10.99 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Gas & Fuel | c | -15.19 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Gas & Fuel | c | -15.07 |
| 6/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Gas & Fuel | c | -17.08 |
| **Target** | | | | | | **-54.68** |
| 6/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Target | Shopping | c | -54.68 |
| **Thompson Law** | | | | | | **-500.00** |
| 6/2/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Thompson Law | --Split-- | c | -500.00 |
| **Tiara Rent** | | | | | | **680.00** |
| 6/6/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Tiara Rent | Other Inc | c | 80.00 |
| 6/6/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Tiara Rent | Other Inc | c | 600.00 |
| **Tracy (Rent)** | | | | | | **700.00** |
| 6/27/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Tracy (Rent) | Other Inc | c | 700.00 |
| **Upmc** | | | | | | **-40.81** |
| 6/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -2.03 |
| 6/16/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -5.93 |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.69 |
| 6/23/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -7.16 |
| 6/24/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Health & Fitness:Health Insura... | c | -22.00 |
| **Upmcphysicianope Payroll** | | | | | | **1,348.31** |

Citizens Account Registry - Jun 2016
6/1/2016 through 6/30/2016

7/3/2016                                                                                                                                        Page 5

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 6/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmcphysicianope Payroll | Net Salary | c | 674.62 |
| 6/17/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmcphysicianope Payroll | Net Salary | c | 673.69 |
| **Verizon** | | | | | | **-163.38** |
| 6/10/2016 | Checking at Citizens Bank - Mid Atl Con | | Verizon | Bills & Utilities:Television | c | -163.38 |
| **Verizon Wireless** | | | | | | **-452.41** |
| 6/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Verizon Wireless | Bills & Utilities:Mobile Phone | c | -452.41 |
| **Vocelli Pizza** | | | | | | **-17.90** |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Vocelli Pizza | Food & Dining:Restaurants | c | -8.55 |
| 6/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Vocelli Pizza | Food & Dining:Restaurants | c | -9.35 |
| **Walgreens** | | | | | | **-22.73** |
| 6/10/2016 | Checking at Citizens Bank - Mid Atl Con | | Walgreens | Personal Care | c | -7.27 |
| 6/23/2016 | Checking at Citizens Bank - Mid Atl Con | | Walgreens | Shopping | c | -15.46 |
| **Wal-mart** | | | | | | **-19.23** |
| 6/8/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Wal-mart | --Split-- | c | -19.23 |
| **Waterworks Cinima** | | | | | | **-18.25** |
| 6/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Waterworks Cinima | Entertainment:Movies & DVDs | c | -18.25 |
| **Wells Fargo Dlr** | | | | | | **-334.25** |
| 6/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Wells Fargo Dlr | Auto & Transport:Auto Payment | c | -334.25 |
| **Wendy's** | | | | | | **-6.49** |
| 6/17/2016 | Checking at Citizens Bank - Mid Atl Con | | Wendy's | Food & Dining:Fast Food | c | -6.49 |
| **Wilkinsburg Penn Joint Water** | | | | | | **-89.58** |
| 6/24/2016 | Checking at Citizens Bank - Mid Atl Con | | Wilkinsburg Penn Joint Water | Bills & Utilities:Utilities | c | -89.58 |
| **Wine & Spirits** | | | | | | **-16.56** |
| 6/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Wine & Spirits | Food & Dining:Alcohol & Bars | c | -5.87 |
| 6/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Wine & Spirits | Food & Dining:Alcohol & Bars | c | -10.69 |
| | | | | **OVERALL TOTAL** | | **401.11** |