B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Western District of Pennsylvania

In re **Washington, Raymond and Sharon**,  
*Debtor*

Case No. **10-24366-CMB**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **July 2016**  
Date filed: **04/16/2013**

Line of Business: **Rental Property**  
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*Raymond & Sharon Washington*  
Original Signature of Responsible Party

**Raymond Washington & Sharon Washington**  
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ N/A |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ N/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☐ N/A |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☐ N/A |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ N/A |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | No | Yes |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☐ N/A |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 5,258.04

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 1,977.21

Cash on Hand at End of Month   $ 1,272.04

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 1,272.04

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 5,286.75

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 5,258.04

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 5,286.75

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ -28.71

 **Citizens Bank**

ROP-450
PO Box 7000
Providence RI 02940



**1-888-910-4100**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Checking Account Statement**

**1** OF 5

Beginning June 24, 2016
through July 26, 2016

RAYMOND WASHINGTON
18 N JOSLYN DR
PITTSBURGH PA 15235-3928

---

## Checking

US759  1  1

### SUMMARY

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 1,541.93 |
| Checks | 178.00 - |
| Withdrawals & Debits | 4,712.19 - |
| Deposits & Credits | 4,080.13 + |
| **Current Balance** | **731.87 =** |

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in your account of $1,500 or by making 5 qualifying transactions that post to your account during the statement period.
    Your average daily balance used to qualify this statement period is:    $1,435
    Your number of qualifying transactions this statement period is:    126
Your next statement period will end on August 23, 2016.

**Previous Balance**
1,541.93

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 198 | 178.00 | 07/08 | | | |

**Total Checks**
178.00

### Withdrawals & Debits
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 06/24 | 22.00 | 6512 POS Debit - 240007 Upm*upmc Health Pl888-499-69 13 PA |
| 06/24 | 40.00 | 0657 ATM Cash - Ml6393 Upmc Shadyside East Wing, Pittsburgh |
| 06/27 | 4.67 | 0657 POS Debit - 207159 Dollar Tree 12 Fedpittsburgh PA |
| 06/27 | 10.69 | 0657 Dbt Purchase - 299 3 Wine & Spirits 029pittsburgh PA |
| 06/27 | 19.09 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 06/28 | 9.34 | 0657 Dbt Purchase - 200005 Boston Market 0270pittsburgh PA |
| 06/28 | 4.29 | 6512 Dbt Purchase - 240005 Market District #0pittsurgh PA |
| 06/28 | 6.99 | 6512 Dbt Purchase - 200005 Wholefds Ptb 10181pittsburgh PA |
| 06/29 | 11.04 | 0657 Dbt Purchase - 001 Exxonmobil 4801verona PA |
| 06/29 | 16.04 | 6512 Dbt Purchase - 780470 Beer Minimum Pittsburgh PA |
| 06/29 | 5.33 | 6512 Dbt Purchase - 290002 Lowes #01660* Monroevill E PA |
| 06/29 | 18.25 | 0657 Dbt Purchase - 452549 Waterworks Cinemaspittsburg PA |
| 06/29 | 22.84 | 6512 Dbt Purchase - 1 Wilkins Shop'n Savpittsburgh PA |
| 06/30 | 17.08 | 6512 Dbt Purchase - 228891 Sunoco 0261894001 Pittsburgh PA |
| 06/30 | 9.48 | 0657 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/01 | 1.39 | 6512 Dbt Purchase - Lk5793 Eastwood Hardware Pittsburgh PA |
| 07/01 | 10.09 | 0657 Dbt Purchase - 210005 Giant-Eagle #0078 Penn Hills PA |
| 07/01 | 20.00 | 0657 ATM Cash - Ml6393 Upmc Shadyside East Wing, Pittsburgh |
| 07/05 | 1.78 | 0657 Dbt Purchase - 1 Panera Bread #3508pittsburgh PA |
| 07/05 | 10.08 | 6512 Dbt Purchase - 001 Exxonmobil 4205penn Hills PA |

Member FDIC ⌂ Equal Housing Lender

# Citizens Bank

1-888-910-4100
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account Statement**

 OF 5

Beginning June 24, 2016
through July 26, 2016

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

*Checking continued from previous page*

## ATM/Purchases (continued)

| Date | Amount | Description |
|---|---|---|
| 07/05 | 9.08 | 0657 Dbt Purchase - 1 Panera Bread #3508pittsburgh PA |
| 07/05 | 11.48 | 6512 Dbt Purchase - 240006 Giant-Eagle #0078 Penn Hills PA |
| 07/05 | 24.37 | 6512 Dbt Purchase - 220102 The Home Depot 411pittsburgh PA |
| 07/05 | 11.53 | 6512 Dbt Purchase - 290004 Boston Market 0146monroevill E PA |
| 07/05 | 40.03 | 6512 Dbt Purchase - 290004 Get Go #3659 Pittsburgh PA |
| 07/05 | 29.94 | 0657 POS Debit - 780009 Giant-Eagle #0 Pittsburgh PA |
| 07/05 | 21.87 | 0657 POS Debit - 348511 Penn Hills Sho Pittsburgh PA |
| 07/05 | 10.66 | 6512 Dbt Purchase - 001 Exxonmobil 4205penn Hills PA |
| 07/05 | 50.00 | 0657 POS Debit - 780035 Giant-Eagle #0 Pittsburgh PA |
| 07/05 | 126.73 | 6512 Dbt Purchase - 000000 Wal-Mart #2588 North Vers Ailpa |
| 07/05 | 9.57 | 6512 POS Debit - 258800 Wm Supercenter N.Versaill Es PA |
| 07/05 | 8.75 | 6512 Dbt Purchase - 076000 Dairy Queen #16992monroevill E PA |
| 07/05 | 45.98 | 6512 POS Debit - 000001 Amazon.Com Seattle WA |
| 07/06 | 4.00 | 6512 Dbt Purchase - 0001 Upmc St Marg Parkipittsburgh PA |
| 07/06 | 38.99 | 6512 POS Debit - 000001 Amazon.Com Seattle WA |
| 07/06 | 20.00 | 0657 ATM Cash - MI6401 Upmc Shadyside West, Pittsburgh PA |
| 07/07 | 14.61 | 6512 Dbt Purchase - 279800 Lin No.1 Chinese Kpittsburgh PA |
| 07/07 | 2.78 | 6512 Dbt Purchase - 240005 Giant-Eagle #0078 Penn Hills PA |
| 07/07 | 12.12 | 6512 Dbt Purchase - 010 Sheetz 0000pittsburgh PA |
| 07/07 | 8.86 | 6512 Dbt Purchase - 270005 Autozone #4614 Penn Hills PA |
| 07/07 | 18.21 | 6512 POS Debit - 230000 Sxm*sirlusxm.Com 44 NY |
| 07/08 | 5.35 | 6512 Dbt Purchase - 1 Mcdonald's F428 Pittsburgh PA |
| 07/08 | 9.99 | 0657 Dbt Purchase - 250004 Kindle Unlimited 866-216-10 72 WA |
| 07/08 | 33.64 | 0657 POS Debit - 780009 Giant-Eagle #0 Pittsburgh PA |
| 07/11 | 6.49 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/11 | 4.00 | 0657 Dbt Purchase - 290001 Upmc Shadyside Cafpittsburgh PA |
| 07/11 | 15.68 | 6512 Dbt Purchase - 001 Exxonmobil 4801verona PA |
| 07/11 | 7.98 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/11 | 21.13 | 0657 Dbt Purchase - 1 Gabriel Bros - Monmonroevill E PA |
| 07/11 | 1.38 | 0657 POS Debit - 667700 Wal Sam'sClub Monroevill E PA |
| 07/11 | 41.08 | 0657 Dbt Purchase - 153896 Wm Supercenter #25north Vers Ailp |
| 07/12 | 7.31 | 6512 Dbt Purchase - 288891 Sunoco 0261894001 Pittsburgh PA |
| 07/12 | 10.90 | 6512 Dbt Purchase - 278948 Printpal Com 888-772-13 61 OR |
| 07/12 | 4.69 | 6512 Dbt Purchase - 1 Mcdonald's F428 Pittsburgh PA |
| 07/12 | 100.00 | 6512 ATM Cash - MI6432 Penn Hills, Verona PA |
| 07/13 | 15.05 | 6512 Dbt Purchase - 288891 Sunoco 0363199105 Penn Hills Topa |
| 07/13 | 2.69 | 0657 Dbt Purchase - 1 Panera Bread #3508pittsburgh PA |
| 07/13 | 7.79 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/13 | 189.68 | 6512 POS Debit - 210001 Progressive *insur800-776-47 37 OH |
| 07/14 | 11.34 | 6512 Dbt Purchase - 268891 Sunoco 0261894001 Pittsburgh PA |
| 07/14 | 8.98 | 0657 Dbt Purchase - 240005 Market District #0pittsurgh PA |
| 07/14 | 5.35 | 0657 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/14 | 2.99 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/14 | 180.00 | 6512 ATM Cash - MI6432 Penn Hills, Verona PA |
| 07/15 | 29.99 | 0657 Dbt Purchase - 910401 Hsn*hsn132236922 800-284390 0 FL |
| 07/15 | 2.64 | 0657 Dbt Purchase - 270005 Upmc Hillman Cafe Pittsburgh PA |
| 07/18 | 10.79 | 6512 Dbt Purchase - 258891 Sunoco 0363100901 Penn Hills Topa |
| 07/18 | 20.94 | 0657 Dbt Purchase - 250800 Vocelli Penn Hillspenn Hills PA |
| 07/18 | 4.00 | 0657 Dbt Purchase - 280001 Upmc Shadyside Cafpittsburgh PA |
| 07/18 | 21.55 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/18 | 25.44 | 0657 Dbt Purchase - 1 Samsclub #6677 Monroevill E PA |
| 07/18 | 5.03 | 6512 Dbt Purchase - 220005 Get Go #3060 Monroevill E PA |
| 07/18 | 6.39 | 6512 Dbt Purchase - 260101 The Home Depot #41plttsburgh PA |
| 07/18 | 44.20 | 6512 Dbt Purchase - 1 Wilkins Fuel Exprepittsburgh PA |
| 07/18 | 80.00 | 6512 ATM Cash - MI7585 Gnt Eagle Rodi/Penn Hills, Pittsburgh |
| 07/18 | 37.47 | 6512 Dbt Purchase - 547579 Tgi Fridays #1818 Monroevill E PA |
| 07/18 | 12.26 | 0657 Dbt Purchase - 442902 Kmart 4429 Monroevill E PA |
| 07/18 | 25.07 | 6512 Dbt Purchase - 090708 Kohl's #0289 Monroevill E PA |
| 07/18 | 21.24 | 0657 Dbt Purchase - 910401 Hsn*hsn132251760 800-933288 7 FL |
| 07/18 | 15.26 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/18 | 23.77 | 0657 POS Debit - 348511 Penn Hills Sho Pittsburgh PA |
| 07/18 | 40.00 | 0657 Dbt Purchase - 250005 Giant-Eagle #0078 Penn Hills PA |
| 07/19 | 2.64 | 0657 Dbt Purchase - 250008 Upmc Hillman Cafe Pittsburgh PA |
| 07/19 | 1.92 | 0657 Dbt Purchase - 250008 Upmc West End Kiospittsburgh PA |
| 07/19 | 2.55 | 0657 Dbt Purchase - 230008 Upmc Shadyside Cafpittsburgh PA |
| 07/19 | 11.56 | 0657 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/20 | 3.29 | 0657 Dbt Purchase - 1 Panera Bread #3508pittsburgh PA |
| 07/20 | 58.64 | 0657 POS Debit - 290001 Allstate *paymn800-255-78 28 IL |
| 07/20 | 20.00 | 0657 ATM Cash - MI6401 Upmc Shadyside West, Pittsburgh PA |
| 07/21 | 1.59 | 0657 Dbt Purchase - 260009 Upmc Shadyside Cafpittsburgh PA |
| 07/21 | 3.85 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/21 | 3.21 | 6512 Dbt Purchase - 1 Mcdonald's F28550 Penn Hills PA |
| 07/22 | 4.14 | 0657 Dbt Purchase - 240004 Upmc Shadyside Cafpittsburgh PA |
| 07/22 | 30.00 | 6512 Dbt Purchase - 00001 Firestone 019461 Monroevill E PA |

Member FDIC  Equal Housing Lender

# Citizens Account Registry - Jul 2016
## 7/1/2016 through 7/31/2016

8/3/2016

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Allstate** | | | | | | |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Auto & Transport:Auto Insurance | c | -123.70 |
| 7/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Home:Home Insurance | c | -65.06 |
| **Amazon** | | | | | | -58.64 |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Education:Books & Supplies | c | -18.24 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping | c | 38.99 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping | c | -45.98 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping | c | -38.99 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping | c | 38.73 |
| **Amazon Kindle** | | | | | | -10.99 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon Kindle | Shopping:Books | c | -9.99 |
| **ATM Cash** | | | | | | -9.99 |
| 7/2/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -521.75 |
| 7/6/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -20.00 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -20.00 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -100.00 |
| 7/12/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -180.00 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -80.00 |
| 7/20/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -20.00 |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -20.00 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -61.75 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl ConATMATM Cash | | | Cash & ATM | c | -20.00 |
| **ATM Fee** | | | | | | -3.00 |
| 7/28/2016 | Checking at Citizens Bank - Mid Atl Con | | ATM Fee | Fees & Charges:ATM Fee | c | -3.00 |
| **AutoZone** | | | | | | -8.86 |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | AutoZone | Auto & Transport:Service & Parts | c | -8.86 |
| **Beer Minimum** | | | | | | -17.64 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Beer Minimum | Food & Dining:Alcohol & Bars | c | -17.64 |
| **Boston Market** | | | | | | -23.06 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Boston Market | Food & Dining:Groceries | c | -11.53 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Boston Market | Food & Dining:Restaurants | c | -11.53 |
| **Buffalo Wild Wings** | | | | | | -16.03 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Buffalo Wild Wings | Food & Dining:Restaurants | c | -16.03 |
| **Check** | | | | | | -178.00 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | 198 | Check | Auto & Transport:Auto Payment | c | -178.00 |
| **Cmc Billing Services** | | | | | | -15.80 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Cmc Billing Services | | c | -15.80 |
| **Dairy Queen** | | | | | | -8.75 |
| | | | | | | Page 1 |

Citizens Account Registry - Jul 2016
7/1/2016 through 7/31/2016

8/3/2016                                                                                                                                                    Page 2

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Ditech Financial Mortgage** | | | | | | |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Dairy Queen | Food & Dining:Icecream | c | -8.75 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Ditech Financial Mortgage | Home:Mortgage & Rent | c | -861.75 |
| **Dollar Tree** | | | | | | -861.75 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Shopping | c | -9.57 |
| **Duquesne Light** | | | | | | -9.57 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -100.00 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -127.57 |
| **Eastwood Hardware** | | | | | | -227.57 |
| 7/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Eastwood Hardware | Home:Home Supplies | c | -1.39 |
| **Exxon** | | | | | | -1.39 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -10.66 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -10.08 |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -15.68 |
| **Fingerhut** | | | | | | -36.42 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Fingerhut | Shopping | c | -100.00 |
| **Gabriel Bros.** | | | | | | -100.00 |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Gabriel Bros. | Shopping:Clothing | c | -21.13 |
| **Geri (Rent)** | | | | | | -21.13 |
| 7/6/2016 | Checking at Citizens Bank - Mid Atl ConATMGeri (Rent) | | | Other Inc | c | 550.00 |
| **Get Go** | | | | | | 550.00 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Auto Gas | c | -40.03 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Auto Gas | c | -5.03 |
| **Giant Eagle** | | | | | | -45.06 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Auto & Transport:Public Transp... | c | -50.00 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Auto & Transport:Public Transp... | c | -40.00 |
| 7/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -10.09 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -29.94 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -11.48 |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -2.78 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -33.64 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -54.66 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -15.55 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -20.82 |
| **Hillman** | | | | | | -268.96 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Hillman | Food & Dining:Fast Food:Cafet... | c | -2.64 |
| 7/19/2016 | Checking at Citizens Bank - Mid Atl Con | | Hillman | Food & Dining:Fast Food:Cafet... | c | -2.64 |
| **Home Depot** | | | | | | -5.28 |
| | | | | | | -27.58 |

Citizens Account Registry - Jul 2016
7/1/2016 through 7/31/2016

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 8/3/2016 | | | | | | Page 3 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -24.37 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | 3.18 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -6.39 |
| **Home Shopping** | | | | | | -51.23 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -21.24 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -29.99 |
| **Kmart** | | | | | | -62.25 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Kmart | Shopping | c | -12.26 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Kmart | Shopping | c | -49.99 |
| **Kohl's** | | | | | | -25.07 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Kohl's | Shopping:Clothing | c | -25.07 |
| **Lin No Chinese** | | | | | | -35.70 |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Lin No Chinese | Food & Dining:Restaurants | c | -14.61 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Lin No Chinese | --Split-- | c | -21.09 |
| **Macy's** | | | | | | -14.24 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Macy's | Shopping:Clothing | c | -14.24 |
| **Market District** | | | | | | -27.26 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Market District | Food & Dining:Groceries | c | -8.98 |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Market District | Food & Dining:Groceries | c | -18.28 |
| **McDonald's** | | | | | | -29.49 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -5.35 |
| 7/12/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -4.69 |
| 7/21/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -3.21 |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -2.14 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -14.10 |
| **Onl 02030 Peoples Natural Gas #1** | | | | | | -30.69 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Onl 02030 Peoples Natural Ga... | Bills & Utilities:Utilities | c | -30.69 |
| **Orange Julius** | | | | | | -4.80 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Orange Julius | Food & Dining:Icecream | c | -4.80 |
| **Panera Bread** | | | | | | -20.13 |
| 7/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Coffee Shops | c | -2.69 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Fast Food | c | -9.08 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Fast Food | c | -1.78 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Fast Food | c | -3.29 |
| 7/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Restaurants | c | -3.29 |
| **Popeye's** | | | | | | -16.45 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Popeye's | Food & Dining:Restaurants | c | -8.76 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Popeye's | Food & Dining:Restaurants | c | -7.69 |

8/3/2016

## Bank Summary - Jul 2016
*7/1/2016 through 7/31/2016*

| Category | 7/1/2016-7/31/2016 |
|---|---|
| **INCOME** | |
| Net Salary | 3,308.04 |
| Other Inc | 1,950.00 |
| **TOTAL INCOME** | **5,258.04** |
| **EXPENSES** | |
| Auto & Transport | |
| Auto Gas | 56.40 |
| Auto Insurance | 254.74 |
| Auto Payment | 512.25 |
| Gas & Fuel | 125.89 |
| Parking | 4.00 |
| Public Transportation | 90.00 |
| Service & Parts | 8.86 |
| **TOTAL Auto & Transport** | **1,052.14** |
| Bills & Utilities | |
| Mobile Phone | 611.18 |
| Utilities | 258.26 |
| **TOTAL Bills & Utilities** | **869.44** |
| Cash & ATM | 521.75 |
| Education | |
| Books & Supplies | -38.99 |
| **TOTAL Education** | **-38.99** |
| Entertainment | |
| Music | 18.21 |
| **TOTAL Entertainment** | **18.21** |
| Fees & Charges | |
| ATM Fee | 3.00 |
| **TOTAL Fees & Charges** | **3.00** |
| Food & Dining | |
| Alcohol & Bars | 17.64 |
| Coffee Shops | 2.69 |
| Fast Food | 64.73 |
| Cafeteria | 24.70 |
| **TOTAL Fast Food** | **89.43** |
| Groceries | 477.35 |

Page 1

8/3/2016

# Bank Summary - Jul 2016
*7/1/2016 through 7/31/2016*

| Category | 7/1/2016-7/31/2016 |
|---|---|
| Icecream | 13.55 |
| Restaurants | 120.32 |
| **TOTAL Food & Dining** | **720.98** |
| Health & Fitness | |
| Doctor | 37.80 |
| Pharmacy | 7.98 |
| **TOTAL Health & Fitness** | **45.78** |
| Home | |
| Home Improvement | 27.58 |
| Home Insurance | 58.64 |
| Home Supplies | 1.39 |
| Mortgage & Rent | 861.75 |
| **TOTAL Home** | **949.36** |
| Legal Fees | 500.00 |
| Misc. | 11.95 |
| Office Supplies | 10.90 |
| Shopping | 454.17 |
| Books | 9.99 |
| Clothing | 60.44 |
| Snacks | 4.00 |
| **TOTAL Shopping** | **528.60** |
| Utilities | 93.63 |
| **TOTAL EXPENSES** | **5,286.75** |
| **OVERALL TOTAL** | **-28.71** |

Page 2

8/3/2016

# Citizens Account Registry - Jul 2016
7/1/2016 through 7/31/2016

Page 1

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Allstate** | | | | | | |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Auto & Transport:Auto Insurance | c | -123.70 |
| 7/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Home:Home Insurance | c | -65.06 |
| **Amazon** | | | | | | -58.64 |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Education:Books & Supplies | c | -18.24 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping | c | 38.99 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping | c | -45.98 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping | c | -38.99 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping | c | 38.73 |
| **Amazon Kindle** | | | | | | -10.99 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon Kindle | Shopping:Books | c | -9.99 |
| **ATM Cash** | | | | | | -9.99 |
| 7/2/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -521.75 |
| 7/6/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -20.00 |
| 7/12/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -20.00 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -100.00 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -180.00 |
| 7/20/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -80.00 |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -20.00 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -61.75 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Cash | Cash & ATM | c | -20.00 |
| **ATM Fee** | | | | | | -20.00 |
| 7/28/2016 | Checking at Citizens Bank - Mid Atl Con | | ATM Fee | Fees & Charges:ATM Fee | c | -3.00 |
| **AutoZone** | | | | | | -3.00 |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | AutoZone | Auto & Transport:Service & Parts | c | -8.86 |
| **Beer Minimum** | | | | | | -8.86 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Beer Minimum | Food & Dining:Alcohol & Bars | c | -17.64 |
| **Boston Market** | | | | | | -17.64 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Boston Market | Food & Dining:Groceries | c | -23.06 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Boston Market | Food & Dining:Restaurants | c | -11.53 |
| **Buffalo Wild Wings** | | | | | | -11.53 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Buffalo Wild Wings | Food & Dining:Restaurants | c | -16.03 |
| **Check** | | | | | | -16.03 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | 198 | Check | Auto & Transport:Auto Payment | c | -178.00 |
| **Cmc Billing Services** | | | | | | -178.00 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Cmc Billing Services | | c | -15.80 |
| **Dairy Queen** | | | | | | -15.80 |
| | | | | Health & Fitness:Doctor | c | -8.75 |

8/3/2016

# Citizens Account Registry - Jul 2016
## 7/1/2016 through 7/31/2016

Page 2

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Dairy Queen | Food & Dining:Icecream | c | -8.75 |
| **Ditech Financial Mortgage** | | | | | | |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Ditech Financial Mortgage | Home:Mortgage & Rent | c | **-861.75** |
| **Dollar Tree** | | | | | | -861.75 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Dollar Tree | Shopping | c | -9.57 |
| **Duquesne Light** | | | | | | -9.57 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -100.00 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -127.57 |
| **Eastwood Hardware** | | | | | | -227.57 |
| 7/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Eastwood Hardware | Home:Home Supplies | c | -1.39 |
| **Exxon** | | | | | | -1.39 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -10.66 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -10.08 |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -15.68 |
| **Fingerhut** | | | | | | -36.42 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Fingerhut | Shopping | c | -100.00 |
| **Gabriel Bros.** | | | | | | -100.00 |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Gabriel Bros. | Shopping:Clothing | c | -21.13 |
| **Geri (Rent)** | | | | | | -21.13 |
| | | | | | | **550.00** |
| **Get Go** | | | | | | 550.00 |
| 7/6/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Geri (Rent) | Other Inc | c | -45.06 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Auto Gas | c | -40.03 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Auto Gas | c | -5.03 |
| **Giant Eagle** | | | | | | -268.96 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Auto & Transport:Public Transp... | c | -50.00 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Auto & Transport:Public Transp... | c | -40.00 |
| 7/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -10.09 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -29.94 |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -11.48 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -2.78 |
| 7/17/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -33.64 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -54.66 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -15.55 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -20.82 |
| **Hillman** | | | | | | -5.28 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Hillman | Food & Dining:Fast Food:Cafet... | c | -2.64 |
| 7/19/2016 | Checking at Citizens Bank - Mid Atl Con | | Hillman | Food & Dining:Fast Food:Cafet... | c | -2.64 |
| **Home Depot** | | | | | | -27.58 |

# Citizens Account Registry - Jul 2016
## 7/1/2016 through 7/31/2016

8/3/2016

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -24.37 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | 3.18 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -6.39 |
| **Home Shopping** | | | | | | -51.23 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -21.24 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -29.99 |
| **Kmart** | | | | | | -62.25 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Kmart | Shopping | c | -12.26 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Kmart | Shopping | c | -49.99 |
| **Kohl's** | | | | | | -25.07 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Kohl's | Shopping:Clothing | c | -25.07 |
| **Lin No Chinese** | | | | | | -35.70 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Lin No Chinese | --Split-- | c | -21.09 |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Lin No Chinese | Food & Dining:Restaurants | c | -14.61 |
| **Macy's** | | | | | | -14.24 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Macy's | Shopping:Clothing | c | -14.24 |
| **Market District** | | | | | | -27.26 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Market District | Food & Dining:Groceries | c | -8.98 |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Market District | Food & Dining:Groceries | c | -18.28 |
| **McDonald's** | | | | | | -29.49 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -5.35 |
| 7/12/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -4.69 |
| 7/21/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -3.21 |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -2.14 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -14.10 |
| **Onl 02030 Peoples Natural Gas #1** | | | | | | -30.69 |
| 7/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Onl 02030 Peoples Natural Ga... | Bills & Utilities:Utilities | c | -30.69 |
| **Orange Julius** | | | | | | -4.80 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Orange Julius | Food & Dining:Icecream | c | -4.80 |
| **Panera Bread** | | | | | | -20.13 |
| 7/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Coffee Shops | c | -2.69 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Fast Food | c | -9.08 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Fast Food | c | -1.78 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Fast Food | c | -3.29 |
| 7/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Restaurants | c | -3.29 |
| **Popeye's** | | | | | | -16.45 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Popeye's | Food & Dining:Restaurants | c | -8.76 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Popeye's | Food & Dining:Restaurants | c | -7.69 |

Page 3

8/3/2016

# Citizens Account Registry - Jul 2016
### 7/1/2016 through 7/31/2016

Page 4

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Printpal** | | | | | | |
| 7/12/2016 | Checking at Citizens Bank - Mid Atl Con | Printpal | Printpal | Office Supplies | c | -10.90 |
| | | | | | | -10.90 |
| **Progressive** | | | | | | |
| 7/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Progressive | Auto & Transport:Auto Insurance | c | -189.68 |
| | | | | | | -189.68 |
| **Rite Aid** | | | | | | |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Rite Aid | Misc. | c | -11.95 |
| | | | | | | -11.95 |
| **Sam's Club** | | | | | | |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Sam's Club | Food & Dining:Groceries | c | -125.46 |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Sam's Club | Food & Dining:Groceries | c | -25.44 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Sam's Club | Food & Dining:Groceries | c | -30.00 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Sam's Club | Food & Dining:Groceries | c | -34.00 |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Sam's Club | Food & Dining:Groceries | c | -29.94 |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Sam's Club | Shopping | c | -1.38 |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Sam's Club | Shopping | c | -4.70 |
| **Sheetz** | | | | | | |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Sheetz | Auto & Transport:Gas & Fuel | c | -12.12 |
| | | | | | | -12.12 |
| **Shop 'n Save** | | | | | | |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Auto & Transport:Gas & Fuel | c | -184.42 |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -44.20 |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -21.87 |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -7.98 |
| 7/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -6.49 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -7.79 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -2.99 |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -5.35 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -23.77 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -15.26 |
| 7/19/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -21.55 |
| 7/21/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -11.56 |
| 7/28/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -3.85 |
| | | | | | | -11.76 |
| **Sirius Radio** | | | | | | |
| 7/7/2016 | Checking at Citizens Bank - Mid Atl Con | | Sirius Radio | Entertainment:Music | c | -18.21 |
| | | | | | | -18.21 |
| **Ssa Treas Xxsoc** | | | | | | |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Ssa Treas Xxsoc | Net Salary | c | 1,174.00 |
| | | | | | | 1,174.00 |
| **St Margret Parking** | | | | | | |
| 7/6/2016 | Checking at Citizens Bank - Mid Atl Con | | St Margret Parking | Auto & Transport:Parking | c | -4.00 |
| | | | | | | -4.00 |
| **Sunoco** | | | | | | |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Auto Gas | c | -44.49 |
| 7/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Gas & Fuel | c | -11.34 |
| | | | | | | -7.31 |

# Citizens Account Registry - Jul 2016
## 7/1/2016 through 7/31/2016

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | | | | | |
| 7/13/2016 | Checking at Citizens Bank - Mid Atl Con | Sunoco | | Auto & Transport:Gas & Fuel | c | -15.05 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | Sunoco | | Auto & Transport:Gas & Fuel | c | -10.79 |
| **Tgi Friday's** | | | | | | **-37.47** |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | Tgi Friday's | | Food & Dining:Restaurants | c | -37.47 |
| **Thompson Law** | | | | | | **-500.00** |
| 7/2/2016 | Checking at Citizens Bank - Mid Atl Con | .... | Thompson Law | --Split-- | c | -500.00 |
| **Tiara Rent** | | | | | | **700.00** |
| 7/6/2016 | Checking at Citizens Bank - Mid Atl ConATM | Tiara Rent | | Other Inc | c | 100.00 |
| 7/6/2016 | Checking at Citizens Bank - Mid Atl ConATM | Tiara Rent | | Other Inc | c | 600.00 |
| **Tracy (Rent)** | | | | | | **700.00** |
| 7/14/2016 | Checking at Citizens Bank - Mid Atl ConATM | Tracy (Rent) | | Other Inc | c | 700.00 |
| **Upmc** | | | | | | **-45.42** |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Food & Dining:Fast Food:Cafet... | c | -4.00 |
| 7/19/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Food & Dining:Fast Food:Cafet... | c | -2.55 |
| 7/19/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Food & Dining:Fast Food:Cafet... | c | -1.92 |
| 7/21/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Food & Dining:Fast Food:Cafet... | c | -1.59 |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Food & Dining:Fast Food:Cafet... | c | -4.14 |
| 7/26/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Food & Dining:Fast Food:Cafet... | c | -2.13 |
| 7/27/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Food & Dining:Fast Food:Cafet... | c | -3.09 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Health & Fitness:Doctor | c | -22.00 |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | Upmc | | Shopping:Snacks | c | -4.00 |
| **Upmcphysicianope Payroll** | | | | | | **2,134.04** |
| 7/2/2016 | Checking at Citizens Bank - Mid Atl Con | Upmcphysicianope Payroll | | Net Salary | c | 676.46 |
| 7/15/2016 | Checking at Citizens Bank - Mid Atl Con | Upmcphysicianope Payroll | | Net Salary | c | 672.77 |
| 7/29/2016 | Checking at Citizens Bank - Mid Atl Con | Upmcphysicianope Payroll | | Net Salary | c | 784.81 |
| **Verizon** | | | | | | **-193.18** |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | Verizon | | Bills & Utilities:Mobile Phone | c | -163.38 |
| 7/28/2016 | Checking at Citizens Bank - Mid Atl Con | Verizon | | Bills & Utilities:Mobile Phone | c | -29.80 |
| **Verizon Wireless** | | | | | | **-418.00** |
| 7/22/2016 | Checking at Citizens Bank - Mid Atl Con | Verizon Wireless | | Bills & Utilities:Mobile Phone | c | -418.00 |
| **Vocelli Pizza** | | | | | | **-20.94** |
| 7/18/2016 | Checking at Citizens Bank - Mid Atl Con | Vocelli Pizza | | Food & Dining:Restaurants | c | -20.94 |
| **Walgreens** | | | | | | **-7.98** |
| 7/25/2016 | Checking at Citizens Bank - Mid Atl Con | Walgreens | | Health & Fitness:Pharmacy | c | -7.98 |
| **Wal-mart** | | | | | | **-41.08** |
| 7/11/2016 | Checking at Citizens Bank - Mid Atl Con | Wal-mart | | Shopping | c | -41.08 |
| **Wal-Mart** | | | | | | **-126.73** |
| 7/5/2016 | Checking at Citizens Bank - Mid Atl Con | Wal-Mart | | Shopping | c | -126.73 |

8/3/2016

# Bank Summary - Jul 2016
*7/1/2016 through 7/31/2016*

| Category | 7/1/2016-<br>7/31/2016 |
|---|---|
| **INCOME** | |
| Net Salary | 3,308.04 |
| Other Inc | 1,950.00 |
| **TOTAL INCOME** | **5,258.04** |
| **EXPENSES** | |
| Auto & Transport | |
| Auto Gas | 56.40 |
| Auto Insurance | 254.74 |
| Auto Payment | 512.25 |
| Gas & Fuel | 125.89 |
| Parking | 4.00 |
| Public Transportation | 90.00 |
| Service & Parts | 8.86 |
| **TOTAL Auto & Transport** | **1,052.14** |
| Bills & Utilities | |
| Mobile Phone | 611.18 |
| Utilities | 258.26 |
| **TOTAL Bills & Utilities** | **869.44** |
| Cash & ATM | 521.75 |
| Education | |
| Books & Supplies | -38.99 |
| **TOTAL Education** | **-38.99** |
| Entertainment | |
| Music | 18.21 |
| **TOTAL Entertainment** | **18.21** |
| Fees & Charges | |
| ATM Fee | 3.00 |
| **TOTAL Fees & Charges** | **3.00** |
| Food & Dining | |
| Alcohol & Bars | 17.64 |
| Coffee Shops | 2.69 |
| Fast Food | 64.73 |
| Cafeteria | 24.70 |
| **TOTAL Fast Food** | **89.43** |
| Groceries | 477.35 |

Page 1

## Bank Summary - Jul 2016
### 7/1/2016 through 7/31/2016

| Category | 7/1/2016-<br>7/31/2016 |
|---|---|
| Icecream | 13.55 |
| Restaurants | 120.32 |
| **TOTAL Food & Dining** | **720.98** |
| Health & Fitness | |
| Doctor | 37.80 |
| Pharmacy | 7.98 |
| **TOTAL Health & Fitness** | **45.78** |
| Home | |
| Home Improvement | 27.58 |
| Home Insurance | 58.64 |
| Home Supplies | 1.39 |
| Mortgage & Rent | 861.75 |
| **TOTAL Home** | **949.36** |
| Legal Fees | 500.00 |
| Misc. | 11.95 |
| Office Supplies | 10.90 |
| Shopping | 454.17 |
| Books | 9.99 |
| Clothing | 60.44 |
| Snacks | 4.00 |
| **TOTAL Shopping** | **528.60** |
| Utilities | 93.63 |
| **TOTAL EXPENSES** | **5,286.75** |
| **OVERALL TOTAL** | **-28.71** |