B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Washington, Raymond and Sharon,  
*Debtor*

Case No.  10-24366-CMB

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  August 2016             Date filed:  04/16/2013

Line of Business:  Rental Property       NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

**RESPONSIBLE PARTY:**

*Raymond & Sharon Washington*  
Original Signature of Responsible Party

Raymond Washington & Sharon Washington  
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ N/A |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ N/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☐ N/A |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☐ N/A |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ N/A |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | N/A |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | N/A |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 825.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 25,200.07 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.0 |

Case 10-24366-CMB    Doc 402    Filed 09/12/16    Entered 09/12/16 14:28:52    Desc Main
Document    Page 3 of 12

Page 2

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☐ N/A |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 3,514.62

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 1,231.04
Cash on Hand at End of Month    $ 512.06

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ 512.06

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 4,274.60

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 3,514.62
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 4,274.60

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $ -759.98

**Citizens Bank**

ROP-450
PO Box 7000
Providence RI 02940



**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account Statement**

**1** OF **4**

Beginning July 27, 2016
through August 23, 2016

RAYMOND WASHINGTON
18 N JOSLYN DR
PITTSBURGH PA 15235-3928

## Checking

US759   2   1

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 731.87 |
| Checks | 503.07 - |
| Withdrawals & Debits | 3,950.94 - |
| Deposits & Credits | 3,814.61 + |
| **Current Balance** | 92.47 = |

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in your account of $1,500 or by making 5 qualifying transactions that post to your account during the statement period.
    Your average daily balance used to qualify this statement period is:      $764
    Your number of qualifying transactions this statement period is:      88
Your next statement period will end on September 26, 2016.

**Previous Balance**
731.87

### TRANSACTION DETAILS

**Checks** * *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 199 | 178.00 | 08/11 | 200 | 325.07 | 08/17 |

**Total Checks**
503.07

### Withdrawals & Debits
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 07/27 | 49.99 | 6512 Dbt Purchase - 442901 Kmart 4429 Monroevill E PA |
| 07/27 | 3.09 | 0657 Dbt Purchase - 260003 Upmc Shadyside Cafpittsburgh PA |
| 07/27 | 11.53 | 0657 Dbt Purchase - 250004 Boston Market 0270pittsburgh PA |
| 07/28 | 11.76 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 07/28 | 29.80 | 6512 Dbt Purchase - 621107 Verizon Wrls 03013monroevill E PA |
| 07/28 | 61.75 | 0657 ATM Cash - Tn6864 6134 Saltsburg Roapittsburgh PA |
| 07/28 | 3.00 | Non-Citizens ATM Fee - Tn6864 6134 Saltsburg Roapittsburgh P |
| 07/29 | 21.09 | 0657 Dbt Purchase - 239800 Lin No.1 Chinese Kpittsburgh PA |
| 07/29 | 20.82 | 0657 Dbt Purchase - 210006 Giant-Eagle #0078 Penn Hills PA |
| 07/29 | 22.00 | 6512 POS Debit - 240003 Upm*upmc Health Pl888-499-69 13 PA |
| 07/29 | 20.00 | 0657 ATM Cash - MI6393 Upmc Shadyside East Wing, Pittsburgh |
| 08/01 | 6.64 | 0657 Dbt Purchase - 210005 Market District #0pittsburgh PA |
| 08/01 | 10.69 | 0657 Dbt Purchase - 000 99 Pizza Palermo Pittsburgh PA |
| 08/01 | 6.38 | 6512 Dbt Purchase - 288942 Accessories 714-925-07 37 CA |
| 08/01 | 17.80 | 0657 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 08/01 | 13.65 | 0657 Dbt Purchase - 001 Subway 0030pittsburgh PA |
| 08/01 | 60.00 | 0657 POS Debit - 780035 Giant-Eagle #0 Pittsburgh PA |
| 08/01 | 20.44 | 0657 POS Debit - 780008 Giant-Eagle #0 Pittsburgh PA |
| 08/01 | 20.00 | 0657 ATM Cash - MI6401 Upmc Shadyside West, Pittsburgh PA |
| 08/02 | 25.67 | 6512 Dbt Purchase - 808375 Beer Minimum Pittsburgh PA |

Member FDIC   Equal Housing Lender

**Citizens Bank**

1-888-910-4100
Call Citizens' PhoneBank anytime for
account Information, current rates and
answers to your questions.

Checking Account Statement

 2 OF 4

Beginning July 27, 2016
through August 23, 2016

*Checking continued from previous page*

## ATM/Purchases (continued)

| Date | Amount | Description |
|---|---|---|
| 08/02 | 3.73 | 6512 Dbt Purchase - 280005 Giant-Eagle #0078 Penn Hiiis PA |
| 08/02 | 10.16 | 6512 Dbt Purchase - 000077 Pizza Hut 024028 Pittsburgh PA |
| 08/02 | 25.00 | 0657 Dbt Purchase - 250006 Upm*univ Pgh Physi888-647-96 00 P |
| 08/02 | 13.10 | 0657 Dbt Purchase - 000077 Pizza Hut 024028 Pittsburgh PA |
| 08/02 | 10.01 | 6512 Dbt Purchase - 001 Exxonmobil 4205penn Hills PA |
| 08/02 | 6.94 | 6512 Dbt Purchase - 966579 Buffalo Wild Wingspittsburgh PA |
| 08/02 | 20.00 | 0657 ATM Cash - Ml6401 Upmc Shadyside West, Pittsburgh PA |
| 08/03 | 8.99 | 6512 Dbt Purchase - 280002 Amazon Mktplace Pmamzn.Com/B Ilw |
| 08/03 | 2.69 | 0657 Dbt Purchase - 1 Panera Bread #3508pittsburgh PA |
| 08/03 | 19.23 | 6512 Dbt Purchase - 280101 The Home Depot #41pittsburgh PA |
| 08/03 | 2.14 | 6512 Dbt Purchase - 200005 Giant-Eagle #0078 Penn Hiiis PA |
| 08/03 | 3.20 | 6512 Dbt Purchase - 220005 Autozone #4614 Penn Hills PA |
| 08/03 | 5.34 | 6512 Dbt Purchase - Lk5793 Eastwood Hardware Pittsburgh PA |
| 08/03 | 63.50 | 0657 ATM Cash - Pm1638 2820 Universal Rd Penn Hills PA |
| 08/03 | 3.00 | Non-Citizens ATM Fee - Pm1638 2820 Universal Rd Penn Hiiis P |
| 08/04 | 25.56 | 0657 Dbt Purchase - 218892 Sunoco 0363199105 Penn Hills Topa |
| 08/04 | 3.32 | 0657 Dbt Purchase - 280009 Upmc Shadyside Cafpittsburgh PA |
| 08/04 | 35.93 | 6512 Dbt Purchase - 250005 Get Go #3060 Monroevill E PA |
| 08/04 | 6.49 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 08/04 | 3.72 | 0657 Dbt Purchase - 270009 Upmc Shadyside Cafpittsburgh PA |
| 08/05 | 1.92 | 0657 Dbt Purchase - 485893 Wendys 521 Penn Hills PA |
| 08/08 | 50.00 | 0657 Dbt Purchase - 2 Comenity Bank 800-224171 4 OH |
| 08/08 | 9.53 | 0657 Dbt Purchase - 210837 Amazon Digital Svc866-216-10 72 W |
| 08/08 | 20.69 | 0657 POS Debit - 348511 Penn Hills Sho Pittsburgh PA |
| 08/08 | 45.22 | 6512 Dbt Purchase - 238892 Sunoco 0759574702 Verona PA |
| 08/08 | 19.48 | 6512 POS Debit - 200007 Sxm*siriusxm.Com 44 NY |
| 08/08 | 77.60 | 6512 POS Debit - 280000 Geico *auto Macon DC |
| 08/08 | 10.59 | 0657 Dbt Purchase - 220837 Kindle Unlimited 8866-216-10 72 W |
| 08/08 | 120.00 | 0657 ATM Cash - Ml7585 Gnt Eagle Rodi/Penn Hills, Pittsburgh |
| 08/09 | 19.49 | 0657 Dbt Purchase - 290005 Market District #0pittsurgh PA |
| 08/09 | 2.33 | 0657 Dbt Purchase - 260008 Upmc Shadyside Cafpittsburgh PA |
| 08/09 | 7.91 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 08/10 | 3.19 | 6512 Dbt Purchase - 230005 Giant-Eagle #0076 Monroevill E PA |
| 08/10 | 20.00 | 0657 ATM Cash - Ml6401 Upmc Shadyside West, Pittsburgh PA |
| 08/11 | 1.59 | 0657 Dbt Purchase - 250009 Upmc Shadyside Cafpittsburgh PA |
| 08/11 | 3.50 | 6512 Dbt Purchase - 250720 Dunkin #347328 Penn Hills PA |
| 08/11 | 8.43 | 6512 Dbt Purchase - 210005 Giant-Eagle #0078 Penn Hills PA |
| 08/11 | 7.01 | 0657 Dbt Purchase - 280009 Upmc Shadyside Cafpittsburgh PA |
| 08/11 | 60.00 | 0657 POS Debit - 780035 Giant-Eagle #0 Pittsburgh PA |
| 08/11 | 8.55 | 0657 Dbt Purchase - 280005 Giant-Eagle #0078 Penn Hills PA |
| 08/11 | 17.37 | 0657 POS Debit - 780002 Giant-Eagle #0 Pittsburgh PA |
| 08/12 | 14.91 | 6512 Dbt Purchase - 171 Target 0001monroevill E PA |
| 08/12 | 11.94 | 6512 Dbt Purchase - 00007p Taco Bell 05594 Monroevill E PA |
| 08/15 | 4.15 | 6512 Dbt Purchase - 250720 Dunkin #347328 Penn Hills PA |
| 08/15 | 3.69 | 0657 Dbt Purchase - 250000 Upmc Shadyside Cafpittsburgh PA |
| 08/15 | 29.99 | 0657 Dbt Purchase - 910401 Hsn*hsn132236922 800-284390 0 FL |
| 08/15 | 27.25 | 6512 Dbt Purchase - 530999 Eat_n_park #0039 Monroevill E PA |
| 08/15 | 13.20 | 0657 POS Debit - 780009 Giant-Eagle #0 Pittsburgh PA |
| 08/15 | 12.00 | 6512 Dbt Purchase - 530999 Big Lots Stores - Pittsburgh PA |
| 08/15 | 29.79 | 0657 Dbt Purchase - 220005 Boston Market 0146monroevill E PA |
| 08/15 | 13.74 | 0657 POS Debit - 780009 Giant-Eagle #0 Pittsburgh PA |
| 08/15 | 3.68 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 08/16 | 3.80 | 0657 Dbt Purchase - 230006 Upmc Shadyside Cafpittsburgh PA |
| 08/16 | 23.95 | 6512 Dbt Purchase - 1 Wilkins Fuel Exprepittsburgh PA |
| 08/17 | 212.34 | 6512 Dbt Purchase - 022603 Keystone Collectio724-978 00 PA |
| 08/17 | 21.24 | 0657 Dbt Purchase - 910401 Hsn*hsn132251760 800-933288 7 FL |
| 08/18 | .80 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |

## Other Withdrawals & Debits

| Date | Amount | Description |
|---|---|---|
| 07/27 | 127.57 | Duquesne Light Online Pmt 160727 Ckf307497895pos |
| 07/27 | 65.06 | Allstate Ins CO Ins Prem 072716 000000952728544 |
| 07/29 | 861.75 | Ditech-Financial Mortgage 160728 5558649 |
| 07/29 | 93.63 | Wpjwa Online Pmt 160729 Ckf307497895pos |
| 07/29 | 15.80 | Cmc Billing Serv 8004721483 160729 0-8463765 |
| 08/03 | 500.00 | Thompson Law Debits 160802 R. Washington |
| 08/05 | 20.00 | Withdrawal |
| 08/09 | 20.48 | Peoples Nat Gas Online Pmt 160809 Ckf307497895pos |
| 08/10 | 163.38 | Verizon Paymentone 081016 1506132510001 |
| 08/10 | 100.00 | Fingerhut Payment 160809 99294228 |
| 08/15 | 334.25 | Wells Fargo Dlr Fee & Pmts 081216 9910224659 |

Total Withdrawals & Debits
3,950.94

 **Citizens Bank**

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account Statement

**3** OF 4

Beginning July 27, 2016
through August 23, 2016

*Checking continued from previous page*

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 07/27 | 1,174.00 | SSA Treas 310 Xxsoc Sec 072716 |
| 07/29 | 784.81 | Upmcphysicianope Payroll 160729 00007707 |
| 08/05 | 550.00 | 6512 ATM Deposit - MI6432 Penn Hills, Verona PA |
| 08/05 | 440.00 | 6512 ATM Deposit - MI6432 Penn Hills, Verona PA |
| 08/05 | 29.80 | 6512 Dbt Return - 709244 Verizon Wrls 73127homestead PA |
| 08/12 | 676.00 | Upmcphysicianope Payroll 160812 00007707 |
| 08/16 | 120.00 | 0657 ATM Deposit - MI7585 Gnt Eagle Rodi/Penn Hills, Pittsbu |
| 08/16 | 40.00 | 6512 ATM Deposit - MI6432 Penn Hills, Verona PA |



Total Deposits & Credits
**3,814.61**

Current Balance
**92.47**

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/27 | 1,648.63 | 08/04 | 318.72 | 08/12 | 991.41 |
| 07/28 | 1,542.32 | 08/05 | 1,316.60 | 08/15 | 519.67 |
| 07/29 | 1,272.04 | 08/08 | 963.49 | 08/16 | 651.92 |
| 08/01 | 1,116.44 | 08/09 | 913.28 | 08/17 | 93.27 |
| 08/02 | 1,001.83 | 08/10 | 626.71 | 08/18 | 92.47 |
| 08/03 | 393.74 | 08/11 | 342.26 | | |

### NEWS FROM CITIZENS

--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222.
MasterCard(R) is a registered trademark of MasterCard International Incorporated.

## Citizens Account Registry - Aug 2016
### 8/1/2016 through 8/31/2016

9/2/2016          Page 1

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Accessories Inc** | | | | | | **-6.38** |
| 8/1/2016 | Checking at Citizens Bank - Mid Atl Con | | Accessories Inc | Shopping:Mobile Phone | c | -6.38 |
| **Allstate** | | | | | | **-110.61** |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Auto & Transport:Auto Insurance | c | -51.97 |
| 8/24/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Home:Home Insurance | c | -58.64 |
| **Amazon** | | | | | | **-123.46** |
| 8/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Education:Books & Supplies | c | -9.53 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Education:Books & Supplies | c | -104.94 |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping:Books | c | -8.99 |
| **Amazon Kindle** | | | | | | **-10.59** |
| 8/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon Kindle | Shopping:Books | c | -10.59 |
| **Amazonprime Memberamzn Com** | | | | | | **104.94** |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazonprime Memberamzn Com | Education:Books & Supplies | c | 104.94 |
| **ATM Cash** | | | | | | **-303.50** |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | AT... | ATM Cash | --Split-- | c | -63.50 |
| 8/8/2016 | Checking at Citizens Bank - Mid Atl Con | AT... | ATM Cash | --Split-- | c | -120.00 |
| 8/2/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | ATM Cash | Cash & ATM | c | -20.00 |
| 8/1/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | ATM Cash | Cash & ATM | c | -20.00 |
| 8/10/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | ATM Cash | Cash & ATM | c | -20.00 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | ATM Cash | Personal Care:Hair | c | -60.00 |
| **ATM Fee** | | | | | | **-3.00** |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | | ATM Fee | Fees & Charges:ATM Fee | c | -3.00 |
| **AutoZone** | | | | | | **-3.20** |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | | AutoZone | Auto & Transport:Service & Parts | c | -3.20 |
| **Beer Minimum** | | | | | | **-25.67** |
| 8/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Beer Minimum | Food & Dining:Alcohol & Bars | c | -25.67 |
| **Big Lots** | | | | | | **-12.00** |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Big Lots | Shopping | c | -12.00 |
| **Boston Market** | | | | | | **-47.27** |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Boston Market | Food & Dining:Restaurants | c | -29.79 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Boston Market | Food & Dining:Restaurants | c | -17.48 |
| **Buffalo Wild Wings** | | | | | | **-6.94** |
| 8/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Buffalo Wild Wings | Food & Dining:Restaurants | c | -6.94 |
| **Center For Rehab** | | | | | | **-25.00** |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Center For Rehab | Health & Fitness:Doctor | c | -25.00 |
| **Comenity Bank O** | | | | | | **-50.00** |
| 8/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Comenity Bank O | Cash & ATM | c | -50.00 |

# Citizens Account Registry - Aug 2016
8/1/2016 through 8/31/2016

9/2/2016 — Page 2

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Dairy Queen** | | | | | | **-8.22** |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Dairy Queen | Food & Dining:Icecream | c | -8.22 |
| **Deposit** | | | | | | **160.00** |
| 8/16/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Deposit | Cash & ATM | c | 40.00 |
| 8/16/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Deposit | Cash & ATM | c | 120.00 |
| **Ditech Financial Mortgage** | | | | | | **-861.75** |
| 8/30/2016 | Checking at Citizens Bank - Mid Atl Con | | ...Ditech Financial Mortgage | --Split-- | c | -861.75 |
| **Dunkin Donuts** | | | | | | **-7.65** |
| 8/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Dunkin Donuts | Food & Dining:Coffee Shops | c | -3.50 |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Dunkin Donuts | Food & Dining:Coffee Shops | c | -4.15 |
| **Duquesne Light** | | | | | | **-255.89** |
| 8/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -155.89 |
| 8/25/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -100.00 |
| **Eastwood Hardware** | | | | | | **-5.34** |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Eastwood Hardware | Home:Home Supplies | c | -5.34 |
| **Eat N Park** | | | | | | **-27.25** |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Eat N Park | Food & Dining:Restaurants | c | -27.25 |
| **Exxon** | | | | | | **-10.01** |
| 8/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Exxon | Auto & Transport:Gas & Fuel | c | -10.01 |
| **Fingerhut Payment** | | | | | | **-100.00** |
| 8/10/2016 | Checking at Citizens Bank - Mid Atl Con | | Fingerhut Payment | Shopping | c | -100.00 |
| **Geico** | | | | | | **-77.60** |
| 8/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Geico | Auto & Transport:Auto Insurance | c | -77.60 |
| **Geri (Rent)** | | | | | | **550.00** |
| 8/5/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Geri (Rent) | Other Inc | c | 550.00 |
| **Get Go** | | | | | | **-84.36** |
| 8/4/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Auto Gas | c | -35.93 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Gas & Fuel | c | -48.43 |
| **Giant Eagle** | | | | | | **-317.13** |
| 8/11/2016 | Checking at Citizens Bank - Mid Atl Con | | ...Giant Eagle | --Split-- | c | -60.00 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Auto & Transport:Public Transp... | c | -50.00 |
| 8/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -3.73 |
| 8/1/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | cl | -20.44 |
| 8/1/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -60.00 |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -2.14 |
| 8/10/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -3.19 |
| 8/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -17.37 |
| 8/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -8.55 |

Citizens Account Registry - Aug 2016

8/1/2016 through 8/31/2016

9/2/2016                                                                                                                                                                     Page 3

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 8/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -8.43 |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -13.74 |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -13.20 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -23.44 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -32.90 |
| **GNC Federal Credit Union** | | | | | | **-178.00** |
| 8/11/2016 | Checking at Citizens Bank - Mid Atl Con | 199 | GNC Federal Credit Union | Auto & Transport:Auto Payment | c | -178.00 |
| **Home Depot** | | | | | | **-19.23** |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -19.23 |
| **Home Shopping** | | | | | | **-51.23** |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -29.99 |
| 8/17/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -21.24 |
| **Keystone Collections-PH School** | | | | | | **-212.34** |
| 8/17/2016 | Checking at Citizens Bank - Mid Atl Con | | Keystone Collections-PH School | Tax:School Tax | c | -212.34 |
| **Market District** | | | | | | **-26.13** |
| 8/1/2016 | Checking at Citizens Bank - Mid Atl Con | | Market District | Food & Dining:Groceries | c | -6.64 |
| 8/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Market District | Food & Dining:Groceries | c | -19.49 |
| **Michaels** | | | | | | **-12.91** |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Michaels | --Split-- | c | -12.91 |
| **Office Of The Trustee** | | | | | | **-325.07** |
| 8/17/2016 | Checking at Citizens Bank - Mid Atl Con | 20... | Office Of The Trustee | --Split-- | c | -325.07 |
| **Onl 02030 Peoples Natural Gas #1** | | | | | | **-20.48** |
| 8/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Onl 02030 Peoples Natural Ga... | Bills & Utilities | c | -20.48 |
| **Panera Bread** | | | | | | **-11.45** |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Coffee Shops | c | -2.69 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Coffee Shops | c | -8.76 |
| **Parkseed** | | | | | | **-14.75** |
| 8/24/2016 | Checking at Citizens Bank - Mid Atl Con | | Parkseed | Home:Lawn & Garden | c | -14.75 |
| **Pi Pitt ATM 230 Rodi Road** | | | | | | **200.00** |
| 8/30/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Pi Pitt ATM 230 Rodi Road | Cash & ATM | c | 200.00 |
| **Pizza Hut** | | | | | | **-41.01** |
| 8/2/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Pizza Hut | --Split-- | c | -13.10 |
| 8/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Pizza Hut | Food & Dining:Fast Food | c | -10.16 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Pizza Hut | Food & Dining:Fast Food | c | -17.75 |
| **Pizza Palermo** | | | | | | **-10.69** |
| 8/1/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Pizza Palermo | --Split-- | c | -10.69 |
| **Redbox** | | | | | | **-3.75** |
| 8/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Redbox | Entertainment:Movies & DVDs | c | -3.75 |

Citizens Account Registry - Aug 2016
8/1/2016 through 8/31/2016

9/2/2016

Page 4

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Shop 'n Save** | | | | | | **-57.37** |
| 8/1/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -17.80 |
| 8/4/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -6.49 |
| 8/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -20.69 |
| 8/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -7.91 |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -3.68 |
| 8/18/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -0.80 |
| **Sirius Radio** | | | | | | **-19.48** |
| 8/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Sirius Radio | Entertainment:Music | c | -19.48 |
| **Ssa Treas Xxsoc** | | | | | | **1,174.00** |
| 8/24/2016 | Checking at Citizens Bank - Mid Atl Con | | Ssa Treas Xxsoc | Net Salary | c | 1,174.00 |
| **Subway** | | | | | | **-13.65** |
| 8/1/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Subway | --Split-- | c | -13.65 |
| **Sunoco** | | | | | | **-95.77** |
| 8/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Auto Gas | c | -45.22 |
| 8/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Gas & Fuel | c | -10.00 |
| 8/31/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Gas & Fuel | c | -14.99 |
| 8/4/2016 | Checking at Citizens Bank - Mid Atl Con | | Sunoco | Auto & Transport:Gasoline | c | -25.56 |
| **Taco Bell** | | | | | | **-11.94** |
| 8/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Taco Bell | Food & Dining:Fast Food | c | -11.94 |
| **Target** | | | | | | **-14.91** |
| 8/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Target | Shopping:Clothing | c | -14.91 |
| **Thompson Law** | | | | | | **-500.00** |
| 8/3/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Thompson Law | --Split-- | c | -500.00 |
| **Tiara Rent** | | | | | | **440.00** |
| 8/5/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Tiara Rent | Other Inc | c | 440.00 |
| **Tracy (Rent)** | | | | | | **360.00** |
| 8/30/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Tracy (Rent) | Misc. | c | 360.00 |
| **Upmc** | | | | | | **-56.78** |
| 8/4/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.72 |
| 8/4/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.32 |
| 8/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -2.33 |
| 8/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -7.01 |
| 8/11/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -1.59 |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.69 |
| 8/16/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.80 |
| 8/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.00 |
| 8/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.32 |

Citizens Account Registry - Aug 2016
8/1/2016 through 8/31/2016

9/2/2016

Page 5

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 8/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Health & Fitness:Doctor | c | -25.00 |
| **Upmcphysicianope Payroll** | | | | | | **1,350.62** |
| 8/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmcphysicianope Payroll | Net Salary | c | 676.00 |
| 8/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmcphysicianope Payroll | Net Salary | c | 674.62 |
| **Usps** | | | | | | **-6.45** |
| 8/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Usps | Misc. | c | -6.45 |
| **Verizon** | | | | | | **-133.58** |
| 8/10/2016 | Checking at Citizens Bank - Mid Atl Con | | Verizon | Bills & Utilities:Television | c | -163.38 |
| 8/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Verizon | Shopping:Mobile Phone | c | 29.80 |
| **Verizon Wireless** | | | | | | **-389.65** |
| 8/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Verizon Wireless | Bills & Utilities:Mobile Phone | c | -389.65 |
| **Walgreens** | | | | | | **-9.98** |
| 8/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Walgreens | Personal Care | c | -9.98 |
| **Wells Fargo Dlr** | | | | | | **-334.25** |
| 8/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Wells Fargo Dlr | Auto & Transport:Auto Payment | c | -334.25 |
| **Wendy's** | | | | | | **-1.92** |
| 8/5/2016 | Checking at Citizens Bank - Mid Atl Con | | Wendy's | Food & Dining:Fast Food | c | -1.92 |
| **Wilkens Fuel Express** | | | | | | **-23.95** |
| 8/16/2016 | Checking at Citizens Bank - Mid Atl Con | | Wilkens Fuel Express | Auto & Transport:Gas & Fuel | c | -23.95 |
| **Withdrawal** | | | | | | **-20.00** |
| 8/5/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | Withdrawal | Cash & ATM | c | -20.00 |
| | | | | **OVERALL TOTAL** | | **-759.98** |

## Bank Summary - Aug 2016
8/1/2016 through 8/31/2016

9/2/2016 · Page 1

| Category | 8/1/2016-8/31/2016 |
|---|---:|
| **INCOME** | |
| Net Salary | 2,524.62 |
| Other Inc | 990.00 |
| **TOTAL INCOME** | **3,514.62** |
| **EXPENSES** | |
| Auto & Transport | |
|   Auto Gas | 81.15 |
|   Auto Insurance | 129.57 |
|   Auto Payment | 512.25 |
|   Gas & Fuel | 107.38 |
|   Gasoline | 25.56 |
|   Public Transportation | 50.00 |
|   Service & Parts | 3.20 |
|   TOTAL Auto & Transport | 909.11 |
| Bills & Utilities | 20.48 |
|   Mobile Phone | 389.65 |
|   Television | 163.38 |
|   Utilities | 255.89 |
|   TOTAL Bills & Utilities | 829.40 |
| Cash & ATM | -230.00 |
| Education | |
|   Books & Supplies | 9.53 |
|   TOTAL Education | 9.53 |
| Entertainment | |
|   Movies & DVDs | 3.75 |
|   Music | 19.48 |
|   TOTAL Entertainment | 23.23 |
| Fees & Charges | |
|   ATM Fee | 3.00 |
|   TOTAL Fees & Charges | 3.00 |
| Food & Dining | |
|   Alcohol & Bars | 25.67 |
|   Coffee Shops | 19.10 |
|   Fast Food | 79.21 |
|     Cafeteria | 31.78 |