**PROCEEDING MEMO**

1:30 PM

Date: September 13, 2016

In re: Raymond Washington and Sharon Washington

Bankruptcy No. 10-24366-CMB
Chapter 11 (Not Small Business)
Doc. # 393

Appearances:

   Movant(s):   Brian C. Thompson

   Respondent(s):   James A. Prostko

   Creditor(s):

Nature of Proceeding:   Continued Chapter 11 Status Conference

Additional Pleadings:   #401-402 Monthly Financial Reports for July and August, 2016 (filed 9-12-16)

Judge's Notes:

- Ct to issue scheduling Order on Plan
- Movant to serve motion with rescheduling order.

Outcome:

_____ Motion is GRANTED  _____ Order entered

_____ Motion is DENIED  _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED  _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED  _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed: Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
9/14/16 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge