B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Western District of Pennsylvania

In re  Washington, Raymond and Sharon ,
*Debtor*

Case No. 10-24366-CMB

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: September 2016           Date filed: 04/16/2013

Line of Business: Rental Property          NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*Raymond & Sharon Washington*
Original Signature of Responsible Party

Raymond Washington & Sharon Washington
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ N/A |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ N/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☐ N/A |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☐ N/A |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ N/A |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | N/A |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | N/A |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 500.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 25,700.07 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.0 |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☐ N/A |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 4,881.55

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 12.06
Cash on Hand at End of Month    $ 1,475.27

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 1,475.27

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 3,918.34

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 4,881.55
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 3,918.34

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $ 963.21

 **Citizens Bank**

ROP-450
PO Box 7000
Providence RI 02940



**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account Statement**

**1** OF **4**

Beginning August 24, 2016
through September 26, 2016

RAYMOND WASHINGTON
18 N JOSLYN DR
PITTSBURGH PA 15235-3928

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 92.47 |
| Checks | 178.00 - |
| Withdrawals & Debits | 5,543.09 - |
| Deposits & Credits | 6,261.11 + |
| **Current Balance** | **632.49 =** |

US759  1  1

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in your account of $1,500 or by making 5 qualifying transactions that post to your account during the statement period.
   Your average daily balance used to qualify this statement period is:     $843
   Your number of qualifying transactions this statement period is:        85
Your next statement period will end on October 26, 2016.

**Previous Balance**
92.47

**TRANSACTION DETAILS**
**Checks** * *There is a break in check sequence.*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 201 | 178.00 | 09/09 | | | |

**Total Checks**
178.00

**Withdrawals & Debits**
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 08/24 | 14.75 | 6512 Dbt Purchase - 270009 Amz*parkseed Amzn.Com/P Mtswa |
| 08/24 | 58.64 | 6512 POS Debit - 220004 Allstate paymn800-255-78 28 IL |
| 08/26 | 3.00 | 0657 Dbt Purchase - 210002 Upmc Shadyside Cafpittsburgh PA |
| 08/29 | 10.00 | 6512 Dbt Purchase - 218892 Sunoco 0363100901 Penn Hills Topa |
| 08/29 | 8.76 | 0657 Dbt Purchase - 1 Panera Bread #2319pittsburgh PA |
| 08/29 | 25.00 | 0657 Dbt Purchase - 250007 Ctr For Rehab Servmckeesport PA |
| 08/29 | 48.43 | 6512 Dbt Purchase - 240005 Get Go #3060 Monroevill E PA |
| 08/29 | 17.48 | 0657 Dbt Purchase - 230005 Boston Market 0270pittsburgh PA |
| 08/29 | 60.00 | 0657 ATM Cash - M16432 Penn Hills, Verona PA |
| 08/29 | 17.75 | 6512 Dbt Purchase - 000077 Pizza Hut 024028 Pittsburgh PA |
| 08/29 | 32.90 | 0657 POS Debit - 600380 Giant-Eagle #0 Monroevill E PA |
| 08/29 | 8.22 | 0657 Dbt Purchase - 076000 Dairy Queen #16992monroevill E PA |
| 08/29 | 12.91 | 6512 Dbt Purchase - 260008 Michaels Stores 99monroevill E PA |
| 08/29 | 23.44 | 0657 Dbt Purchase - 260005 Giant-Eagle #0060 Monroevill E PA |
| 08/29 | 50.00 | 0657 POS Debit - 600037 Giant-Eagle #0 Monroevill E PA |
| 08/29 | 104.94 | 0657 POS Debit - 260007 Amazonprime Memberamzn.Com/P Rmewa |
| 08/30 | 3.75 | 6512 Dbt Purchase - 200004 Redbox *dvdreserva866-7 93 IL |
| 08/30 | 3.32 | 0657 Dbt Purchase - 220004 Upmc Shadyside Cafpittsburgh PA |
| 08/30 | 6.45 | 6512 Dbt Purchase - 096 Usps 4166500033390pit PA |
| 08/30 | 9.98 | 6512 Dbt Purchase - 153839 Walgreens #9675 Pittsburgh PA |

Member FDIC  Equal Housing Lender

**Citizens Bank**

1-888-910-4100
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account Statement**

 OF 4

Beginning August 24, 2016
through September 26, 2016

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

*Checking continued from previous page*

### ATM/Purchases (continued)

| Date | Amount | Description |
|---|---|---|
| 08/31 | 14.99 | 0657 Dbt Purchase - 208892 Sunoco 0363199105 Penn Hills Topa |
| 09/02 | 2.47 | 0657 Dbt Purchase - 220002 Upmc Shadyside Cafpittsburgh PA |
| 09/08 | 1.61 | 6512 Dbt Purchase - 200006 Redbox *dvdreserva866-7 93 IL |
| 09/08 | 10.59 | 0657 Dbt Purchase - 220005 Kindle Unlimited 866-216-10 72 WA |
| 09/08 | 78.00 | 6512 POS Debit - 210004 Geico *auto Macon DC |
| 09/08 | 22.00 | 6512 POS Debit - 230006 Upm*upmc Health Pl888-499-69 13 PA |
| 09/12 | 9.90 | 6512 Dbt Purchase - 210006 Jwj*Jung Seed Cata800-247-58 64 W |
| 09/12 | 7.60 | 0657 Dbt Purchase - 260007 Upmc Shadyside Cafpittsburgh PA |
| 09/12 | 14.68 | 0657 POS Debit - 348511 Penn Hills Sho Pittsburgh PA |
| 09/12 | 16.04 | 0657 Dbt Purchase - 001 Subway 0030pittsburgh PA |
| 09/12 | 19.48 | 6512 POS Debit - 270008 Sxm*siriusxm.Com 44 NY |
| 09/12 | 25.91 | 6512 Dbt Purchase - 260001 Rite Aid Store - 1penn Hills PA |
| 09/12 | 80.00 | 0657 ATM Cash - MI6432 Penn Hills, Verona PA |
| 09/12 | 160.00 | 0657 ATM Cash - MI7520 Gnt Eagle East Hills, Pittsburgh PA |
| 09/12 | 13.44 | 0657 Dbt Purchase - 1 Mcdonald's F28550 Penn Hills PA |
| 09/12 | 60.00 | 0657 POS Debit - 780036 Giant-Eagle #0 Pittsburgh PA |
| 09/12 | 69.65 | 0657 Dbt Purchase - 230004 Giant-Eagle #0078 Penn Hills PA |
| 09/12 | 6.42 | 6512 Dbt Purchase - 290008 Redbox *dvd Rental866-733-26 93 I |
| 09/13 | 29.99 | 0657 Dbt Purchase - 910401 Hsn*hsn132236922 800-284390 0 FL |
| 09/13 | 8.00 | 0657 Dbt Purchase - 220005 Get Go #3659 Pittsburgh PA |
| 09/14 | 2.69 | 0657 Dbt Purchase - 1 Panera Bread #2319pittsburgh PA |
| 09/14 | 3.32 | 0657 Dbt Purchase - 250000 Upmc Shadyside Cafpittsburgh PA |
| 09/15 | 15.02 | 6512 Dbt Purchase - 270101 The Home Depot #41pittsburgh PA |
| 09/15 | 4.27 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 09/16 | 212.34 | 6512 Dbt Purchase - 022603 Keystone Collectio724-978 00 PA |
| 09/16 | 44.23 | 6512 Dbt Purchase - 220005 Get Go #3108 Pittsburgh PA |
| 09/16 | 58.93 | 6512 POS Debit - 220004 Allstate *paymn800-255-78 28 IL |
| 09/19 | 5.34 | 6512 Dbt Purchase - Lk5793 Eastwood Hardware Pittsburgh PA |
| 09/19 | 25.33 | 0657 POS Debit - 246677 Samsclub #6677 Monroevill E PA |
| 09/19 | 51.89 | 6512 Dbt Purchase - 270101 The Home Depot #41pittsburgh PA |
| 09/19 | 12.65 | 6512 Dbt Purchase - 240101 The Home Depot #41plttsburgh PA |
| 09/19 | 4.91 | 6512 Dbt Purchase - 1 Penn Hills Shop N Pittsburgh PA |
| 09/19 | 22.26 | 0657 Dbt Purchase - 200004 Giant-Eagle #0078 Penn Hills PA |
| 09/20 | 6.86 | 0657 Dbt Purchase - 220004 Upmc Shadyside Cafpittsburgh PA |
| 09/21 | 2.65 | 0657 Dbt Purchase - 280009 Upmc Shadyside Cafpittsburgh PA |
| 09/21 | 7.34 | 0657 Dbt Purchase - 250004 Giant-Eagle #0078 Penn Hills PA |
| 09/21 | 15.48 | 6512 Dbt Purchase - 000037 Law #70019 Penn Hills PA |
| 09/22 | 13.23 | 6512 Dbt Purchase - 006751 Dairy Queen #13613verona PA |
| 09/22 | 2.30 | 0657 Dbt Purchase - 260005 Upmc Hillman Cafe Pittsburgh PA |
| 09/23 | 10.00 | 0657 ATM Cash - MI7617 Gnt Eagle Shadyside, Pittsburgh PA |
| 09/26 | 2.94 | 0657 Dbt Purchase - 260007 Upmc Shadyside Cafpittsburgh PA |
| 09/26 | 4.27 | 6512 Dbt Purchase - Lk5793 Eastwood Hardware Pittsburgh PA |
| 09/26 | 4.24 | 0657 Dbt Purchase - 582201 Wendys 521 Penn Hills PA |
| 09/26 | 11.81 | 6512 Dbt Purchase - 005745 Burger King #2249 Pittsburgh PA |
| 09/26 | 60.10 | 0657 Dbt Purchase - 134359 Wm Supercenter #25north Vers Allp |
| 09/26 | 13.74 | 6512 Dbt Purchase - 240102 The Home Depot #41plttsburgh PA |
| 09/26 | 2.79 | 6512 Dbt Purchase - Lk5793 Eastwood Hardware Pittsburgh PA |
| 09/26 | 14.43 | 6512 Dbt Purchase - 592457 Beer Minimum Pittsburgh PA |
| 09/26 | 32.41 | 0657 POS Debit - 348511 Penn Hills Sho Pittsburgh PA |

### Other Withdrawals & Debits

| Date | Amount | Description |
|---|---|---|
| 08/25 | 100.00 | Duquesne Light Online Pmt 160825 Ckf307497895pos |
| 08/26 | 389.65 | Vz Wireless Ve Vzw Webpay 160825 6712526 |
| 08/26 | 155.89 | Duquesne Light Online Pmt 160826 Ckf307497895pos |
| 08/29 | 51.97 | Allstate Ins CO Ins Prem 082916 000000952728544 |
| 08/30 | 861.75 | Ditech-Financial Mortgage 160829 9420501 |
| 09/01 | 500.00 | Thompson Law Debits 160901 R. Washington |
| 09/08 | 127.49 | Wpjwa Online Pmt 160908 Ckf307497895pos |
| 09/08 | 18.00 | Peoples Nat Gas Online Pmt 160908 Ckf307497895pos |
| 09/14 | 334.25 | Wells Fargo Dir Fee & Pmts 091316 9910224659 |
| 09/14 | 163.38 | Verizon Paymentone 091416 1506132510001 |
| 09/14 | 100.00 | Fingerhut Payment 160912 99300084 |
| 09/15 | 190.65 | Prog Advanced Ins Prem 160915 909670525 Raymo |
| 09/19 | 100.00 | Duquesne Light Online Pmt 160919 Ckf307497895pos |
| 09/22 | 456.56 | Vz Wireless Ve Vzw Webpay 160921 5020871 |
| 09/26 | 155.24 | Duquesne Light Online Pmt 160926 Ckf307497895pos |

**Total Withdrawals & Debits**

5,543.09

Member FDIC  Equal Housing Lender

## Citizens Bank

1-888-910-4100
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account Statement**

 3 OF 4

Beginning August 24, 2016
through September 26, 2016

*Checking continued from previous page*

RAYMOND WASHINGTON
SHARON D WASHINGTON
**Green Checking**

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 08/24 | 1,174.00 | SSA Treas 310 Xxsoc Sec 082416 |
| 08/26 | 674.62 | Upmcphysicianope Payroll 160826 00007707 |
| 08/29 | 104.94 | 0657 Dbt Return - 750000 Amazonprime Memberamzn.Com/P Rmewa |
| 08/30 | 360.00 | 6512 ATM Deposit - MI6432 Penn Hills, Verona PA |
| 08/30 | 200.00 | 0657 ATM Deposit - MI7585 Gnt Eagle Rodi/Penn Hills, Pittsbu |
| 09/06 | 550.00 | Mobile Deposit |
| 09/06 | 40.00 | 6512 ATM Deposit - MI6432 Penn Hills, Verona PA |
| 09/08 | 600.00 | 6512 ATM Deposit - MI7585 Gnt Eagle Rodi/Penn Hills, Pittsbu |
| 09/08 | 100.00 | 6512 ATM Deposit - MI7585 Gnt Eagle Rodi/Penn Hills, Pittsbu |
| 09/09 | 677.85 | Upmcphysicianope Payroll 160909 00007707 |
| 09/12 | 400.00 | Mobile Deposit |
| 09/15 | 700.00 | Mobile Deposit |
| 09/23 | 679.70 | Upmcphysicianope Payroll 160923 00007707 |

**Total Deposits & Credits**
6,261.11

**Current Balance**
632.49

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/24 | 1,193.08 | 09/06 | 599.59 | 09/16 | 991.56 |
| 08/25 | 1,093.08 | 09/08 | 1,041.90 | 09/19 | 769.18 |
| 08/26 | 1,219.16 | 09/09 | 1,541.75 | 09/20 | 762.32 |
| 08/29 | 852.30 | 09/12 | 1,458.63 | 09/21 | 736.85 |
| 08/30 | 527.05 | 09/13 | 1,420.64 | 09/22 | 264.76 |
| 08/31 | 512.06 | 09/14 | 817.00 | 09/23 | 934.46 |
| 09/01 | 12.06 | 09/15 | 1,307.06 | 09/26 | 632.49 |
| 09/02 | 9.59 | | | | |

### NEWS FROM CITIZENS

--Citizens Bank is committed to respecting your privacy and protecting your personal information. Enclosed is a copy of the 2016 Annual Privacy Notice which explains how information is collected and managed, and how you can limit the sharing of that information. If you have any questions about this Privacy Notice, please call us at 877-229-6430 or contact your local branch.
--Looking for an easy way to save? A Citizens Bank(R) savings account is just what you need and you can open with any amount you choose. Simply open an account, set up automatic transfers with Steady Save(R) and watch your savings grow. You set a schedule to have funds automatically transferred from your checking account and you can change your savings amount or transfer date anytime. For more information stop in any branch or call 888-821-3900.
--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222.
MasterCard(R) is a registered trademark of MasterCard International Incorporated.

## Citizens Account Registry - Sep 2016
### 9/1/2016 through 9/30/2016

10/2/2016                                                                                                                          Page 1

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| **Allstate** | | | | | | **-110.90** |
| 9/28/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Auto & Transport:Auto Insurance | c | -51.97 |
| 9/16/2016 | Checking at Citizens Bank - Mid Atl Con | | Allstate | Home:Home Insurance | c | -58.93 |
| **Amazon** | | | | | | **-35.71** |
| 9/29/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping:Books | c | -8.86 |
| 9/28/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon | Shopping:Electronics & Software | c | -26.85 |
| **Amazon Kindle** | | | | | | **-10.59** |
| 9/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Amazon Kindle | Shopping:Books | c | -10.59 |
| **ATM Cash** | | | | | | **-250.00** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | AT... | ATM Cash | --Split-- | c | -160.00 |
| 9/23/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | ATM Cash | Cash & ATM | c | -10.00 |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | ATM | ATM Cash | Personal Care:Hair | c | -80.00 |
| **Beer Minimum** | | | | | | **-14.43** |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Beer Minimum | Food & Dining:Alcohol & Bars | c | -14.43 |
| **Burger King** | | | | | | **-11.81** |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Burger King | Food & Dining:Fast Food | c | -11.81 |
| **Dairy Queen** | | | | | | **-13.23** |
| 9/22/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Dairy Queen | --Split-- | c | -13.23 |
| **Duquesne Light** | | | | | | **-255.24** |
| 9/19/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -100.00 |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Duquesne Light | Bills & Utilities:Utilities | c | -155.24 |
| **Eastwood Hardware** | | | | | | **-16.67** |
| 9/19/2016 | Checking at Citizens Bank - Mid Atl Con | | Eastwood Hardware | Home:Home Supplies | c | -5.34 |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Eastwood Hardware | Home:Home Supplies | c | -2.79 |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Eastwood Hardware | Home:Home Supplies | c | -4.27 |
| 9/28/2016 | Checking at Citizens Bank - Mid Atl Con | | Eastwood Hardware | Home:Home Supplies | c | -4.27 |
| **Fingerhut** | | | | | | **-100.00** |
| 9/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Fingerhut | Shopping | c | -100.00 |
| **Geico** | | | | | | **-78.00** |
| 9/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Geico | Auto & Transport:Auto Insurance | c | -78.00 |
| **Geri (Rent)** | | | | | | **550.00** |
| 9/6/2016 | Checking at Citizens Bank - Mid Atl Con | | Geri (Rent) | Other Inc | c | 550.00 |
| **Get Go** | | | | | | **-52.23** |
| 9/16/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Auto & Transport:Auto Gas | c | -44.23 |
| 9/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Get Go | Food & Dining:Fast Food | c | -8.00 |
| **Giant Eagle** | | | | | | **-159.25** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Giant Eagle | --Split-- | c | -69.65 |

## Citizens Account Registry - Sep 2016
### 9/1/2016 through 9/30/2016

10/2/2016                                                                                                                                                   Page 2

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 9/19/2016 | Checking at Citizens Bank - Mid Atl Con | ... | Giant Eagle | —Split— | c | -22.26 |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Auto & Transport:Public Transp... | c | -60.00 |
| 9/21/2016 | Checking at Citizens Bank - Mid Atl Con | | Giant Eagle | Food & Dining:Groceries | c | -7.34 |
| **GNC Federal Credit Union** | | | | | | **-178.00** |
| 9/9/2016 | Checking at Citizens Bank - Mid Atl Con | 201 | GNC Federal Credit Union | Auto & Transport:Auto Payment | c | -178.00 |
| **Hillman** | | | | | | **-2.30** |
| 9/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Hillman | Food & Dining:Fast Food:Cafet... | c | -2.30 |
| **Home Depot** | | | | | | **-109.11** |
| 9/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -15.02 |
| 9/19/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -12.65 |
| 9/19/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -51.89 |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -13.74 |
| 9/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Depot | Home:Home Improvement | c | -15.81 |
| **Home Shopping** | | | | | | **-29.99** |
| 9/13/2016 | Checking at Citizens Bank - Mid Atl Con | | Home Shopping | Shopping | c | -29.99 |
| **Jwj Jung Seed** | | | | | | **-9.90** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Jwj Jung Seed | Home:Lawn & Garden | c | -9.90 |
| **Keystone Collections-PH School** | | | | | | **-212.34** |
| 9/16/2016 | Checking at Citizens Bank - Mid Atl Con | | Keystone Collections-PH School | Tax:School Tax | c | -212.34 |
| **Kmart** | | | | | | **-27.20** |
| 9/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Kmart | Shopping | c | -27.20 |
| **McDonald's** | | | | | | **-13.44** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | | McDonald's | Food & Dining:Fast Food | c | -13.44 |
| **Onl 02030 Peoples Natural Gas #1** | | | | | | **-18.00** |
| 9/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Onl 02030 Peoples Natural Ga... | Bills & Utilities:Utilities | c | -18.00 |
| **Pa Driver Vehicle Registration** | | | | | | **-41.00** |
| 9/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Pa Driver Vehicle Registration | Auto & Transport:Registration | c | -41.00 |
| **Panera Bread** | | | | | | **-11.48** |
| 9/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Coffee Shops | c | -2.69 |
| 9/27/2016 | Checking at Citizens Bank - Mid Atl Con | | Panera Bread | Food & Dining:Restaurants | c | -8.79 |
| **Progressive** | | | | | | **-190.65** |
| 9/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Progressive | Auto & Transport:Auto Insurance | c | -190.65 |
| **Redbox** | | | | | | **-8.03** |
| 9/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Redbox | Entertainment:Movies & DVDs | c | -1.61 |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Redbox | Entertainment:Movies & DVDs | c | -6.42 |
| **Rite Aid** | | | | | | **-25.91** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Rite Aid | Home:Home Supplies | c | -25.91 |
| **Sam's Club** | | | | | | **-65.81** |

## Citizens Account Registry - Sep 2016
9/1/2016 through 9/30/2016

10/2/2016

Page 3

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 9/19/2016 | Checking at Citizens Bank - Mid Atl Con | ... Sam's Club | | --Split-- | c | -25.33 |
| 9/28/2016 | Checking at Citizens Bank - Mid Atl Con | ... Sam's Club | | --Split-- | c | -25.00 |
| 9/21/2016 | Checking at Citizens Bank - Mid Atl Con | | Sam's Club | Shopping | c | -15.48 |
| **Shop 'n Save** | | | | | | **-69.26** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | ... Shop 'n Save | | --Split-- | c | -14.68 |
| 9/19/2016 | Checking at Citizens Bank - Mid Atl Con | ... Shop 'n Save | | --Split-- | c | -4.91 |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | ... Shop 'n Save | | --Split-- | c | -32.41 |
| 9/29/2016 | Checking at Citizens Bank - Mid Atl Con | ... Shop 'n Save | | --Split-- | c | -12.99 |
| 9/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Shop 'n Save | Food & Dining:Groceries | c | -4.27 |
| **Sirius Radio** | | | | | | **-19.48** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Sirius Radio | Entertainment:Music | c | -19.48 |
| **Ssa Treas Xxsoc** | | | | | | **1,174.00** |
| 9/28/2016 | Checking at Citizens Bank - Mid Atl Con | | Ssa Treas Xxsoc | Net Salary | c | 1,174.00 |
| **Subway** | | | | | | **-16.04** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | ... Subway | | --Split-- | c | -16.04 |
| **Thompson Law** | | | | | | **-500.00** |
| 9/1/2016 | Checking at Citizens Bank - Mid Atl Con | ... Thompson Law | | --Split-- | c | -500.00 |
| **Tiara Rent** | | | | | | **700.00** |
| 9/8/2016 | Checking at Citizens Bank - Mid Atl Con | ATM Tiara Rent | | Other Inc | c | 100.00 |
| 9/8/2016 | Checking at Citizens Bank - Mid Atl Con | ATM Tiara Rent | | Other Inc | c | 600.00 |
| **Tracy (Rent)** | | | | | | **1,100.00** |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Tracy (Rent) | Other Inc | c | 400.00 |
| 9/15/2016 | Checking at Citizens Bank - Mid Atl Con | | Tracy (Rent) | Other Inc | c | 700.00 |
| **Upmc** | | | | | | **-51.41** |
| 9/2/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -2.47 |
| 9/12/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -7.60 |
| 9/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.32 |
| 9/20/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -6.86 |
| 9/21/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -2.65 |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -2.94 |
| 9/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Food & Dining:Fast Food:Cafet... | c | -3.57 |
| 9/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmc | Health & Fitness:Health Insura... | c | -22.00 |
| **Upmcphysicianope Payroll** | | | | | | **1,357.55** |
| 9/9/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmcphysicianope Payroll | Net Salary | c | 677.85 |
| 9/23/2016 | Checking at Citizens Bank - Mid Atl Con | | Upmcphysicianope Payroll | Net Salary | c | 679.70 |
| **Ve Vero ATM 6125 Saltsburg Road** | | | | | | **40.00** |
| 9/6/2016 | Checking at Citizens Bank - Mid Atl Con | ATM Ve Vero ATM 6125 Saltsburg R... | | Cash & ATM | c | 40.00 |
| **Verizon** | | | | | | **-163.38** |

## Citizens Account Registry - Sep 2016
### 9/1/2016 through 9/30/2016

10/2/2016           Page 4

| Date | Account | Num | Description | Category | Cl | Amount |
|---|---|---|---|---|---|---|
| 9/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Verizon | Bills & Utilities:Television | c | -163.38 |
| **Verizon Wireless** | | | | | | **-456.56** |
| 9/22/2016 | Checking at Citizens Bank - Mid Atl Con | | Verizon Wireless | Bills & Utilities:Mobile Phone | c | -456.56 |
| **Wal-mart** | | | | | | **-60.10** |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Wal-mart | Shopping | c | -60.10 |
| **Wells Fargo Dlr** | | | | | | **-334.25** |
| 9/14/2016 | Checking at Citizens Bank - Mid Atl Con | | Wells Fargo Dlr | Auto & Transport:Auto Payment | c | -334.25 |
| **Wendy's** | | | | | | **-4.24** |
| 9/26/2016 | Checking at Citizens Bank - Mid Atl Con | | Wendy's | Food & Dining:Fast Food | c | -4.24 |
| **Wilkinsburg Penn Joint Water** | | | | | | **-232.40** |
| 9/8/2016 | Checking at Citizens Bank - Mid Atl Con | | Wilkinsburg Penn Joint Water | Bills & Utilities | c | -127.49 |
| 9/30/2016 | Checking at Citizens Bank - Mid Atl Con | | Wilkinsburg Penn Joint Water | Bills & Utilities:Utilities | c | -104.91 |
| | | | | **OVERALL TOTAL** | | **963.21** |