## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 10-24366-CMB |
| Raymond Washington, | ) | Chapter 11 |
| Sharon Washington, | ) | |
| Debtor. | ) | |
| | ) | Honorable Carlotta M. Böhm |

### AMENDED REPORT OF VOTING ON DEBTOR'S CHAPTER 11 PLAN DATED APRIL 4, 2014

Raymond Washington and Sharon Washington (the "Debtors") file this Amended Report of Voting on Debtors' Chapter 11 Amended Plan dated April 4, 2014.

1. On May 20, 2014, the Debtors served copies of the: (A) Chapter 11 Amended Plan dated April 4, 2014 (Docket 227) (the "Plan"), (B) the corresponding disclosure statement (Docket 229) (the "Disclosure Statement"), (C) the Order Conditionally Approving Disclosure Statement and Fixing Time for: (1) Dates to Object and For Hearing on Disclosure Statement and Plan; (2) Fixing Confirmation Hearing Combined with Notice Thereof; and (3) Notice of Deadlines to File Complaints to Determine Discharge of Debt (Docket 235), (the "Scheduling Order"), and (D) ballots (conforming with Official Form #14) for the acceptance or rejection of the Plan and Disclosure Statement on the Office of the United States Trustee, all creditors, all equity security holders, all parties requesting notice in the above-captioned case, various taxing bodies and all other parties in interest, in compliance with the Scheduling Order and the Federal Rules of Bankruptcy Procedure.

2. Pursuant to the Scheduling Order, the last day to vote in favor or against the Plan was June 10, 2014. A plan confirmation hearing is scheduled for October 11, 2016.

3. Classes 2, 3, 4, 5, 6, and 7 are impaired under the Plan and were entitled to vote on the same. Class 1 is unimpaired under the Plan and is not entitled to vote on the same.

4. The various classes voted as follows:

**Class 1**   Administrative claims (unimpaired)
              Not entitled to vote.

**Class 1 is deemed to accept the Plan**.

**Class 2**    Secured Claim (impaired):
BAC Home Loan Servicing (18 N. Joslyn) - $68,086.00

Total Number of Ballots: 1

Total Number of Votes Accepting: 1
Total Claim Amount Accepting: $68,086.00 (100%)

Total Number of Votes Rejecting: 0 (0%)
Total Claim Amount Rejecting: $0 (0%)

**Class 2 is deemed to accept the Plan.***

(*Class 2 is deemed to accept the Plan by virtue of the Parties' stipulation, Doc. Nos. 396, 398)

**Class 3**    Secured Claim (impaired):
Specialized Loan Servicing (9718 Glendale Road) - $57,814.54

Total Number of Ballots: 1

Total Number of Votes Accepting: 1
Total Claim Amount Accepting: $57,814.54 (100%)

Total Number of Votes Rejecting: 0 (0%)
Total Claim Amount Rejecting: $0 (0%)

**Class 3 is deemed to accept the Plan***

(*Class 3 is deemed to accept the Plan by virtue of the Parties' stipulation, Doc. Nos. 281, 291)

**Class 4**    Secured Claim (impaired):
BAC Home Loan Servicing (419 Hochberg Road) - $45,000.00
Consent Order of Court dated February 25, 2014 (Adversary No. 13-02331)

Total Number of Ballots: 1

Total Number of Votes Accepting: 1
Total Claim Amount Accepting: $45,000.00 (100%)

Total Number of Votes Rejecting: 0 (0%)
Total Claim Amount Rejecting: $0 (0%)

**Class 4 is deemed to accept the Plan.**

**Class 5**        Secured Claim (impaired):

Allegheny County - $73.64
Penn Hills School District     $824.51
Penn Hills Township - $108.89

Total Number of Ballots: 3

Total Number of Votes Accepting: 3
Total Claim Amount Accepting: $1,007.04 (100%)

Total Number of Votes Rejecting:  0 (0%)
Total Claim Amount Rejecting: $0.00 (0%)

**Class 5 is deemed to accept the Plan.***

(*Class 5 is deemed to accept the Plan by virtue of the Parties' stipulation, Doc. No. 405)


**Class 6**        Secured Claim (impaired):

Penn Hills School District

Total Number of Ballots: 1

Total Number of Votes Accepting: 1
Total Claim Amount Accepting: $378.29 (100%)

Total Number of Votes Rejecting:  0 (0%)
Total Claim Amount Rejecting: $0 (0%)

**Class 6 is deemed to accept the Plan.**


**Class 7**        General Unsecured Claims (impaired).

| Creditor | | Rejects | Accepts |
|---|---|---|---|
| Duquesne Light Company | $2,714.78 | | |
| ECMC | $71,483.17 | | |
| Vanda LLC | $3,441.43 | | |
| Chase Bank | $1,062.27 | | |
| PRA/Portfolio Recovery | $2,985.72 | | |
| Citifinancial | $4,472.50 | | |
| American Infosource | $3,887.18 | | |
| PRA Portfolio Recovery | $17,138.93 | | |
| PRA Portfolio Recovery | $2,171.93 | | |
| HSBC Bank | $654.22 | | |

| | | | |
|---|---|---|---|
| PRA Portfolio Recovery | $312.59 | | |
| Department Stores National Bank | $454.30 | | |
| PRA Portfolio Recovery | $1,103.81 | | |
| Sallie Mae | $895.41 | | |
| PRA Portfolio Recovery | $3,161.08 | | |
| PRA Portfolio Recovery | $715.67 | | |
| American Infosource | $548.77 | | |
| American Infosource | $552.48 | | |
| American Infosource | $336.52 | | |
| Jefferson Capital Systems | $80.85 | | |
| RJM Acquisition | $134.04 | | |
| Capital One | $568.33 | | |
| American Honda Finance | $621.73 | | |
| BAC Home Loan Servicing | $26,567.95 | | Accepts |
| | $146,065.66 | | |

Total Number of Ballots: 1

Total Number of Votes Accepting: 1(100%)
Total Claim Amount Accepting: $26,567.95 (100%)

Total Number of Votes Rejecting: 0 (0%)
Total Claim Amount Rejecting: $0.00 (0%)

**Class 7 is deemed to accept the Plan.**


Date: <u>October 10, 2016</u>                    Thompson Law Group, P.C.

                                By:    <u>s/Brian C. Thompson</u>
                                       Brian C. Thompson, Esquire
                                       Attorney for Debtor(s)
                                       PA I.D. No. 91197
                                       THOMPSON LAW GROUP, P.C.
                                       125 Warrendale-Bayne Road, Suite 200
                                       Warrendale, Pennsylvania 15086
                                       (724) 799-8404 Telephone
                                       (724) 799-8409 Facsimile
                                       bthompson@thompsonattorney.com