# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 10-24366-CMB |
| | ) | |
| Raymond Washington | ) | |
| Sharon Washington, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| | ) | Related to Document No. |

## ORDER CONFIRMING PLAN

The *Amended Chapter 11 Plan* ("Plan") under Chapter 11 of the Bankruptcy Code filed by the Debtors, Raymond Washington and Sharon Washington, on April 4, 2014, and a summary thereof having been transmitted to creditors, and U.S. Trustee and all parties in interest.

It having been determined, after hearing and notice, that the requirements for confirmation set forth in *11 U.S.C. §1129* have been satisfied:

*AND NOW,* this _____ day of _____, 2016, it is hereby *ORDERED, ADJUDGED and DECREED* that:

Said *Plan,* including any amendments, stipulations or orders incorporating terms into the Plan which were previously approved by the Court in relation thereto, including the Stipulations between Debtors and Specialized Loan Servicing, LLC [Doc. Nos. 281, 291]; Bank of New York Mellon [Doc. Nos. 396, 398]; and the County of Allegheny [Doc. No. 405]  is hereby *CONFIRMED.*

_____
Honorable Carlotta M. Böhm
United States Bankruptcy Court