1:30 PM

## PROCEEDING MEMO

Date: October 11, 2016

In re: Raymond Washington and Sharon Washington

Bankruptcy No. 10-24366-CMB
Chapter 11 (Not Small Business)
Doc. # 227

**Appearances:**

Movant(s): Brian C. Thompson ✓

Respondent(s): Alexandra T. Garcia; James A. Prostko; Paul Cressman; *Jeffrey H uml* ✓

Creditor(s):

Nature of Proceeding: Continued Hearing on Confirmation of Amended Chapter 11 Plan dated April 4, 2014

Additional Pleadings: #228 Summary of Plan; #241 Objection to Confirmation by Specialized Loan Servicing; #245 Objection to Confirmation by The Bank of New York Mellon (Not In Its Individual Capacity - Asset Backed Certificates Series 2006-11) O/E 6/29/16 approving Stipulation; #270 Objection to Confirmation of Plan by Bank of New York Mellon Trust Company, As Trustee for CWMBS2005-R2;#405 Stipulation with County of Allegheny; #406 Monthly Financial Report for September 2016; #407 Amended Report of Voting; #408 Proposed Order Confirming Plan

NOTE: No Certificate of Service

Judge's Notes:

- No objection
- Order conf. plan will be entered when & if Cert. of Service is filed otherwise Ct. will reschedule hearing

Outcome:

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
                          Respondent(s) brief due _____ days
                          Trustee's brief due _____ days

FILED
10/12/16 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge