**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 10-24366-CMB |
| | ) | |
| Raymond Washington | ) | |
| Sharon Washington, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| | ) | Related to Document No. 227, 228 |

## ORDER CONFIRMING PLAN

The *Amended Chapter 11 Plan* ("Plan") under Chapter 11 of the Bankruptcy Code filed by the Debtors, Raymond Washington and Sharon Washington, on April 4, 2014, and a summary thereof having been transmitted to creditors, and U.S. Trustee and all parties in interest.

It having been determined, after hearing and notice, that the requirements for confirmation set forth in *11 U.S.C. §1129* have been satisfied:

*AND NOW,* this ___12th___ day of ___October_____, 2016, it is hereby *ORDERED, ADJUDGED and DECREED* that:

Said *Plan,* including any amendments, stipulations or orders incorporating terms into the Plan which were previously approved by the Court in relation thereto, including the Stipulations between Debtors and Specialized Loan Servicing, LLC [Doc. Nos. 281, 291]; Bank of New York Mellon [Doc. Nos. 396, 398]; and the County of Allegheny [Doc. No. 405]  is hereby *CONFIRMED.*

_____
Honorable Carlotta M. Böhm
United States Bankruptcy Court

FILED
10/12/16 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Raymond Washington
Sharon Washington
        Debtors

Case No. 10-24366-CMB
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 2              Date Rcvd: Oct 12, 2016
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db/jdb        +Raymond Washington,   Sharon Washington,   18 N. Joslyn,   Pittsburgh, PA 15235-3928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor   Specialized Loan Servicing, LLC
           ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Defendant   Bank of New York Mellon fka The Bank of New York, as
           Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2007-8
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series
           2007-11 agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the  CWABS, Inc., Asset-Backed Certificates, Series
           2007-8 agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Barbara A. Fein    on behalf of Creditor   Specialized Loan Servicing, LLC, Loan Servicing Agent
           for The Bank of New York Mellon, as Trustee juliep@lobaf.com,   lawofficeofbarbarafein@gmail.com
          Brian C. Thompson   on behalf of Joint Debtor Sharon  Washington bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Plaintiff Sharon  Washington bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Debtor Raymond  Washington bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Attorney   Grudowski & Thompson, P.C.
           bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Plaintiff Raymond  Washington bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Creditor   Allegheny County bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          CSU - OUCTS, PA Labor & Industry   ra-li-ucts-bankpitts@state.pa.us

District/off: 0315-2        User: kthe              Page 2 of 2              Date Rcvd: Oct 12, 2016
                           Form ID: pdf900          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Heather A. Sprague  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
             Office of the United States Trustee Heather.Sprague@usdoj.gov,
             Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;S
             teven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
            Hilary B. Bonial   on behalf of Creditor    HSBC Mortgage Services, Inc notice@bkcylaw.com
            James A. Prostko   on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
             as Trustee pawb@fedphe.com,  james.prostko@phelanhallinan.com
            James A. Prostko   on behalf of Creditor    The Bank of New York Mellon pawb@fedphe.com,
             james.prostko@phelanhallinan.com
            Jay B. Jones   on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
             Trustee pawb@fedphe.com
            Jeffrey R. Hunt   on behalf of Debtor Raymond  Washington jhunt@grblaw.com,  cnoroski@grblaw.com
            Jeffrey R. Hunt   on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
            Jeffrey R. Hunt   on behalf of Joint Debtor Sharon  Washington jhunt@grblaw.com,
             cnoroski@grblaw.com
            Jennifer L. Cerce   on behalf of Creditor    Penn Hills School District and Municipality of Penn
             Hills jlc@mbm-law.net
            Jerome B. Blank   on behalf of Creditor    The Bank of New York Mellon pawb@fedphe.com
            Kathleen Robb,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office of
             the United States Trustee Kathleen.Robb@USDOJ.GOV
            Lisa  DiCerbo   on behalf of Creditor    United States Of America, Irs
             lisa.dicerbo@irscounsel.treas.gov,
             lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
            Margaret  Gairo   on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
             Trustee ecfmail@mwc-law.com
            Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
            Paul William Cressman   on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
             York as Trustee pawb@fedphe.com
            Peter J. Ashcroft   on behalf of Creditor    The Bank of New York Mellon
             pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
             rive.com
            Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
             rive.com
            Philip M. Oliss   on behalf of Creditor    Household Finance Consumer Discount Company
             Philip.oliss@squirepb.com
            Steven K. Eisenberg   on behalf of Creditor    Household Finance Consumer Discount Company
             seisenberg@sterneisenberg.com,  dbogucki@sterneisenberg.com;ckohn@sterneisenberg.com
                                                                              TOTAL: 31