## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 10-24366-JAD |
| | ) | |
| Raymond Washington, | ) | |
| Sharon Washington, | ) | |
| | ) | |
| Debtor | ) | Honorable Jeffrey A. Deller |

## DEBTORS' STATUS REPORT IN ACCORDANCE WITH
## 11 U.S.C. § 1106(a)(7) AND POST-CONFIRMATION ORDER

AND NOW come Debtors, by and through their Counsel, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and hereby provide this Honorable Court with a status report detailing the actions taken by the Debtors and the progress made in the consummation of the confirmed Plan as follows:

1. Debtors' Amended Plan dated April 4, 2014 was confirmed on October 12, 2016.

2. A Post-Confirmation Order was also entered on October 12, 2016.

3. Confirmation and Post-Confirmation Order have been served and a COS indicating the same was filed on October 27, 2016.

4. Clerk's Certificate of Cost was requested on October 27, 2016 and Issued on October 27, 2016.

5. Debtor has commenced Plan payments in accordance with the plan.

Respectfully submitted,

Date: November 25, 2016

s/Brian C. Thompson
Brian C. Thompson, Esquire
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
724-799-8404 Telephone
724-799-8409 Facsimile
bthompson@thompsonattorney.com