## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No: 10-24366-CMB |
|     Raymond Washington, | ) | Chapter 11 |
|     Sharon Washington, | ) | |
| | ) | |
|     Debtors. | ) | Document No. |
| _____ | ) | |
| | ) | Related to Document No. |
|     Raymond Washington, | ) | |
|     Sharon Washington, | ) | |
| | ) | **Hearing Date and Time:** |
|     Movants, | ) | **January 18, 2017 at 2:30 p.m.** |
| | ) | |
|     vs. | ) | |
| | ) | |
|     Green Tree Servicing, LLC, | ) | |
| | ) | |
|     Respondent. | ) | |

### NOTICE OF HEARING WITH RESPONSIVE DEADLINE
### ON MOTION FOR FINAL DECREE

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **January 5, 2017,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    **A hearing will be held on January 18, 2017 at 2:30 p.m. before The Honorable Judge Carlotta Böhm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: December 19, 2016                /s/Brian C. Thompson
                                                                                        Brian C. Thompson, Esquire
                                                                                       Pa. I.D. 91197

Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
724-799-8040 Telephone
724-799-8049 Facsimile
bthompson@thompsonattorney.com