## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raymond Washington and Sharon Washington <br> <u>Debtor(s)</u> | CHAPTER 11 <br><br> BKY. NO. 10-24366 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series 2007-11, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6691

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant