2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 10-24366-CMB
Chapter 11

In re: Debtor(s) (including Name and Address)

Raymond Washington
18 N. Joslyn
Pittsburgh PA 15235

Sharon Washington
18 N. Joslyn
Pittsburgh PA 15235

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/16/2016.

Name and Address of Alleged Transferor(s):

Claim No. 29: SPECIALIZED LOAN SERVICING, LLC, 8742 LUCENT BLVD SUITE 300, HIGHLANDS RANCH, COLORADO 80129

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/21/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 10-24366-CMB
Raymond Washington                                                    Chapter 11
Sharon Washington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin            Page 1 of 2            Date Rcvd: Dec 19, 2016
                            Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
13899790      +SPECIALIZED LOAN SERVICING, LLC,    8742 LUCENT BLVD SUITE 300,
               HIGHLANDS RANCH, COLORADO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing, LLC
               ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Defendant    Bank of New York Mellon fka The Bank of New York, as
               Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2007-8
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series
               2007-11 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the  CWABS, Inc., Asset-Backed Certificates, Series
               2007-8 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Barbara A. Fein    on behalf of Creditor    Specialized Loan Servicing, LLC, Loan Servicing Agent
               for The Bank of New York Mellon, as Trustee juliep@lobaf.com,    lawofficeofbarbarafein@gmail.com
              Brian C. Thompson    on behalf of Joint Debtor Sharon  Washington bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Sharon  Washington bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor Raymond  Washington bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Attorney    Grudowski & Thompson, P.C.
               bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Raymond  Washington bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Creditor    Allegheny County bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us

```
District/off: 0315-2           User: lfin                Page 2 of 2                  Date Rcvd: Dec 19, 2016
                               Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Heather.Sprague@usdoj.gov,
        Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
        Hilary B. Bonial    on behalf of Creditor    HSBC Mortgage Services, Inc notice@bkcylaw.com
        James A. Prostko    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com,   james.prostko@phelanhallinan.com
        James A. Prostko    on behalf of Creditor    The Bank of New York Mellon pawb@fedphe.com,   james.prostko@phelanhallinan.com
        Jay B. Jones    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com
        Jeffrey R. Hunt    on behalf of Debtor Raymond  Washington jhunt@grblaw.com,   cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Joint Debtor Sharon  Washington jhunt@grblaw.com,   cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
        Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon pawb@fedphe.com
        Kathleen Robb,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Kathleen.Robb@USDOJ.GOV
        Lisa  DiCerbo    on behalf of Creditor    United States Of America, Irs lisa.dicerbo@irscounsel.treas.gov,   lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
        Margaret  Gairo    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee ecfmail@mwc-law.com
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
        Paul William Cressman    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com
        Peter J. Ashcroft    on behalf of Creditor    The Bank of New York Mellon pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Philip M. Oliss    on behalf of Creditor    Household Finance Consumer Discount Company Philip.oliss@squirepb.com
        Steven K. Eisenberg    on behalf of Creditor    Household Finance Consumer Discount Company seisenberg@sterneisenberg.com,   bkecf@sterneisenberg.com

                                                                                                          TOTAL: 31