**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Raymond Washington, | ) | Bankruptcy No. 10-24366-CMB |
| Sharon Washington, | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | Document No. |
| Applicant, | ) | |
| | ) | Related to Document No. |
| vs. | ) | |
| | ) | |
| Respondent, | ) | **Hearing Date and Time:** |
| | ) | January 18, 2017 at 2:30 p.m. |
| No Respondent. | ) | |

**ORDER APPROVING FOURTH FEE APPLICATION OF THOMPSON LAW GROUP, P.C.**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS COUNSEL TO DEBTOR**

This matter having come before the Court upon the Fourth Fee Application* of Thompson Law Group,

P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel to Debtors (the

"Application"), with notice for objecting to these fees having been given and no objections thereto having been

received, and this Court being otherwise sufficiently advised, for cause shown it is hereby:

ORDERED, ADJUDGED and DECREED:

1.  That the Application be and hereby is APPROVED and that the attorneys' fees sought by Thompson

Law Group, P.C. for the period from August 29, 2015 through and including December 22, 2016

(the "Period") in the amount of $10,217.00 and reimbursement of reasonable expenses sought by

Thompson Law Group, P.C. in the amount of $384.88 are allowed.

2.  It is further ORDERED, ADJUDGED and DECREED that Debtors shall immediately

pay Thompson Law Group, P.C. the fee contemplated in the retention application.

DATED: _____          _____
                                            CARLOTA M. BÖHM
                                            UNITED STATES BANKRUPTCY JUDGE

*The Second Fee Application was approved by Order of Court dated 6/16/2014 in the amount of $17,748.00
for attorney fees and $1,735.39 for expenses, for the total amount of $19,483.39