**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Raymond Washington, | ) | Bankruptcy No. 10-24366-CMB |
| Sharon Washington, | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | Document No. |
| Applicant, | ) | |
| | ) | Related to Document No. |
| vs. | ) | |
| | ) | |
| Respondent, | ) | **Hearing Date and Time:** |
| | ) | January 18, 2017 at 2:30 p.m. |
| No Respondent. | ) | |
| | ) | |
| No Respondent. | ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON FOURTH INTERIM FEE APPLICATION OF THOMPSON LAW GROUP, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTOR**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than <u>January 8, 2017</u> i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Application may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on <u>January 18, 2017 at 2:30 p.m.</u> before <u>Judge Carlota M.Bohm</u> in <u>Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219</u>. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated: <u>December 22, 2016</u>                    <u>/s/Brian C. Thompson, Esquire</u>
                                                                    Brian C. Thompson
                                                                    PA ID: 91197
                                                                    125 Warrendale-Bayne Road, Suite 200

Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com