**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Raymond Washington, and | ) | Case No. 10-24366-CMB |
| Sharron Washington, | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |
| Raymond Washington, and | ) | Document No. |
| Sharron Washington, | ) | |
| | ) | |
| Movants, | ) | Related to Document No. 422 |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR FINAL DECREE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Final Decree filed on December 19, 2016 at Document No. 422 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than January 5, 2017.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion for Final Decree recorded at Document No. 422 be entered by the Court.

Date: <u>January 6, 2017</u>                                 s/ Brian C. Thompson
                                                                        Brian C. Thompson, Esquire
                                                                        Attorney for Debtor(s)
                                                                        PA ID No. 91197
                                                                        THOMPSON LAW GROUP, P.C.
                                                                        125 Warrendale Bayne Rd., Suite 200
                                                                        Warrendale, PA 15086
                                                                        (724) 799-8404 Telephone
                                                                        (724) 799-8409 Facsimile
                                                                        bthompson@thompsonattorney.com