# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Raymond Washington, ) | Bankruptcy No. 10-24366-CMB |
| | Sharon Washington, ) | |
| | ) | |
| | Debtors. ) | Chapter 11 |
| | _____ ) | |
| | Thompson Law Group, P.C., ) | |
| | ) | Document No. |
| | Applicant, ) | |
| | ) | Related to Document No. |
| | vs. ) | |
| | ) | |
| | Respondent, ) | **Hearing Date and Time:** |
| | ) | January 18, 2017 at 2:30 p.m. |
| | No Respondent. ) | |
| | ) | |
| | No Respondent. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on December 22, 2016 at Document No. 428 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than January 8, 2017.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 428 be entered by the Court.

Date: <u>January 9, 2017</u>                                  s/ Brian C. Thompson
                                                              Brian C. Thompson, Esquire
                                                              Attorney for Debtor(s)
                                                              PA ID No. 91197
                                                              THOMPSON LAW GROUP, P.C.
                                                              125 Warrendale Bayne Rd., Suite 200
                                                              Warrendale, PA 15086
                                                              (724) 799-8404 Telephone
                                                              (724) 799-8409 Facsimile
                                                              bthompson@thompsonattorney.com