# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Raymond Washington, | ) | Bankruptcy No. 10-24366-CMB |
| | Sharon Washington, | ) | |
| | | ) | |
| | Debtors. | ) | Chapter 11 |
| | _____ | ) | |
| | Thompson Law Group, P.C., | ) | |
| | | ) | Document No. |
| | Applicant, | ) | |
| | | ) | Related to Document No. |
| | vs. | ) | |
| | | ) | |
| | Respondent, | ) | **Hearing Date and Time**: |
| | | ) | January 18, 2017 at 2:30 p.m. |
| | No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR JUDGMENT ORDER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on December 23, 2016 at Document No. 432 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than January 9, 2017.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 432 be entered by the Court.

Date: <u>January 10, 2017</u>

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com