IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Raymond Washington, <br> Sharon Washington, <br><br> Debtors. <br>_____ <br> Thompson Law Group, P.C., <br><br> Applicant, <br><br> vs. <br><br> Respondent, <br><br> No Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Bankruptcy No. 10-24366-CMB <br><br> Chapter 11 <br><br> Document No. <br><br> Related to Document No.  432 <br><br><br> **Hearing Date and Time**: <br> January 18, 2017 at 2:30 p.m. |

**ENTERED BY DEFAULT**

<u>ORDER OF COURT</u>

AND NOW, upon consideration of Motion for Judgment Order Relating to Administrative Fees of Thompson Law Group, P.C., it is hereby ORDERED, ADJUDGED and DECREED that a Money Judgment is entered in favor of Brian C. Thompson, Esquire and Thompson Law Group, P.C. in the amount of $24,052.27 and against Raymond Washington and Sharon Washington.

It is further ORDERED that this Order may be registered and shall be entitled to full faith and credit as a judgment in any Court of the United States of American pursuant to the Pennsylvania Uniform Registration of Foreign Judgments Act, as amended.

Date:  January 11, 2017

_Carlota M. Böhm_ kmt
United States Bankruptcy Judge

FILED
1/11/17 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Raymond Washington  
Sharon Washington  
    Debtors

Case No. 10-24366-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 2     Date Rcvd: Jan 11, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.  
db/jdb       +Raymond Washington,   Sharon Washington,   18 N. Joslyn,   Pittsburgh, PA 15235-3928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:

         Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing, LLC  
          ecfmail@mwc-law.com  
         Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,  
          as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series  
          2007-11 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall    on behalf of Defendant    Bank of New York Mellon fka The Bank of New York, as  
          Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-8  
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,  
          as Trustee for the certificateholders of the  CWABS, Inc., Asset-Backed Certificates, Series  
          2007-8 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Barbara A. Fein    on behalf of Creditor    Specialized Loan Servicing, LLC, Loan Servicing Agent  
          for The Bank of New York Mellon, as Trustee  juliep@lobaf.com,    lawofficeofbarbarafein@gmail.com  
         Brian C. Thompson    on behalf of Joint Debtor Sharon  Washington bthompson@ThompsonAttorney.com,  
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
          torney.com  
         Brian C. Thompson    on behalf of Plaintiff Sharon  Washington bthompson@ThompsonAttorney.com,  
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
          torney.com  
         Brian C. Thompson    on behalf of Attorney    Grudowski & Thompson, P.C.  
          bthompson@ThompsonAttorney.com,  
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
          torney.com  
         Brian C. Thompson    on behalf of Creditor    Allegheny County bthompson@ThompsonAttorney.com,  
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
          torney.com  
         Brian C. Thompson    on behalf of Debtor Raymond  Washington bthompson@ThompsonAttorney.com,  
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
          torney.com  
         Brian C. Thompson    on behalf of Plaintiff Raymond  Washington bthompson@ThompsonAttorney.com,  
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
          torney.com  
         CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us

```
District/off: 0315-2           User: kthe               Page 2 of 2                Date Rcvd: Jan 11, 2017
                               Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Heather.Sprague@usdoj.gov, Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
    Hilary B. Bonial    on behalf of Creditor    HSBC Mortgage Services, Inc notice@bkcylaw.com
    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series 2007-11 bkgroup@kmllawgroup.com
    James A. Prostko    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com, james.prostko@phelanhallinan.com
    James A. Prostko    on behalf of Creditor    The Bank of New York Mellon pawb@fedphe.com, james.prostko@phelanhallinan.com
    Jay B. Jones    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com
    Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
    Jeffrey R. Hunt    on behalf of Joint Debtor Sharon  Washington jhunt@grblaw.com, cnoroski@grblaw.com
    Jeffrey R. Hunt    on behalf of Debtor Raymond  Washington jhunt@grblaw.com, cnoroski@grblaw.com
    Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
    Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon pawb@fedphe.com
    Kathleen Robb,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Kathleen.Robb@USDOJ.GOV
    Lisa  DiCerbo    on behalf of Creditor    United States Of America, Irs lisa.dicerbo@irscounsel.treas.gov, lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
    Margaret  Gairo    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee ecfmail@mwc-law.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Paul William Cressman    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Peter J. Ashcroft    on behalf of Creditor    The Bank of New York Mellon pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Philip M. Oliss    on behalf of Creditor    Household Finance Consumer Discount Company Philip.oliss@squirepb.com
    Steven K. Eisenberg    on behalf of Creditor    Household Finance Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

                                                  TOTAL: 32