IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Raymond Washington, | ) | Bankruptcy No. 10-24366-CMB |
| Sharon Washington, | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | Document No. |
| Applicant, | ) | |
| | ) | Related to Document No. 428 |
| vs. | ) | **ENTERED BY DEFAULT** |
| | ) | |
| Respondent, | ) | Hearing Date and Time: |
| | ) | January 18, 2017 at 2:30 p.m. |
| No Respondent. | ) | |

**ORDER APPROVING FOURTH FEE APPLICATION OF THOMPSON LAW GROUP, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTOR**

This matter having come before the Court upon the Fourth Fee Application* of Thompson Law Group, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel to Debtors (the "Application"), with notice for objecting to these fees having been given and no objections thereto having been received, and this Court being otherwise sufficiently advised, for cause shown it is hereby:

ORDERED, ADJUDGED and DECREED:

1. That the Application be and hereby is APPROVED and that the attorneys' fees sought by Thompson Law Group, P.C. for the period from August 29, 2015 through and including December 22, 2016 (the "Period") in the amount of $10,217.00 and reimbursement of reasonable expenses sought by Thompson Law Group, P.C. in the amount of $384.88 are allowed.

2. It is further ORDERED, ADJUDGED and DECREED that Debtors shall immediately pay Thompson Law Group, P.C. the fee contemplated in the retention application.

DATED: January 12, 2017

CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY JUDGE

kmt

*The Second Fee Application was approved by Order of Court dated 6/16/2014 in the amount of $17,748.00 for attorney fees and $1,735.39 for expenses, for the total amount of $19,483.39

FILED
1/12/17 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Raymond Washington
Sharon Washington
    Debtors

Case No. 10-24366-CMB
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: kthe              Page 1 of 2         Date Rcvd: Jan 12, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db/jdb        +Raymond Washington,   Sharon Washington,   18 N. Joslyn,   Pittsburgh, PA 15235-3928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing, LLC
               ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series
               2007-11 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    Bank of New York Mellon fka The Bank of New York, as
               Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2007-8
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the  CWABS, Inc., Asset-Backed Certificates, Series
               2007-8 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Barbara A. Fein    on behalf of Creditor    Specialized Loan Servicing, LLC, Loan Servicing Agent
               for The Bank of New York Mellon, as Trustee juliep@lobaf.com,    lawofficeofbarbarafein@gmail.com
              Brian C. Thompson    on behalf of Joint Debtor Sharon  Washington bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Sharon  Washington bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Attorney    Grudowski & Thompson, P.C.
               bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Creditor    Allegheny County bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor Raymond  Washington bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Raymond  Washington bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us

```
District/off: 0315-2          User: kthe              Page 2 of 2            Date Rcvd: Jan 12, 2017
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Heather A. Sprague  on Behalf of the United States Trustee by  on behalf of U.S. Trustee  Office of the United States Trustee Heather.Sprague@usdoj.gov, Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
    Hilary B. Bonial  on behalf of Creditor  HSBC Mortgage Services, Inc notice@bkcylaw.com
    James Warmbrodt  on behalf of Creditor  The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series 2007-11 bkgroup@kmllawgroup.com
    James A. Prostko  on behalf of Creditor  The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com, james.prostko@phelanhallinan.com
    James A. Prostko  on behalf of Creditor  The Bank of New York Mellon pawb@fedphe.com, james.prostko@phelanhallinan.com
    Jay B. Jones  on behalf of Creditor  The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com
    Jeffrey R. Hunt  on behalf of Creditor  Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
    Jeffrey R. Hunt  on behalf of Joint Debtor Sharon  Washington jhunt@grblaw.com, cnoroski@grblaw.com
    Jeffrey R. Hunt  on behalf of Debtor Raymond  Washington jhunt@grblaw.com, cnoroski@grblaw.com
    Jennifer L. Cerce  on behalf of Creditor  Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
    Jerome B. Blank  on behalf of Creditor  The Bank of New York Mellon pawb@fedphe.com
    Kathleen Robb,  on Behalf of the United States Trustee by  on behalf of U.S. Trustee  Office of the United States Trustee Kathleen.Robb@USDOJ.GOV
    Lisa  DiCerbo  on behalf of Creditor  United States Of America, Irs lisa.dicerbo@irscounsel.treas.gov, lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
    Margaret  Gairo  on behalf of Creditor  The Bank of New York Mellon fka The Bank of New York as Trustee ecfmail@mwc-law.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Paul William Cressman  on behalf of Creditor  The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com
    Peter J. Ashcroft  on behalf of Creditor  Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Peter J. Ashcroft  on behalf of Creditor  The Bank of New York Mellon pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Philip M. Oliss  on behalf of Creditor  Household Finance Consumer Discount Company Philip.oliss@squirepb.com
    Steven K. Eisenberg  on behalf of Creditor  Household Finance Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                         TOTAL: 32