IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Raymond Washington, and Sharron Washington, | ) ) ) | Case No. 10-24366-CMB |
| Debtors. | ) ) ) | Chapter 11 |
| Raymond Washington, and Sharron Washington, | ) ) ) | Document No. |
| Movants, | ) ) | Related to Document No.   422 |
| v. | ) ) ) | **ENTERED BY DEFAULT** |
| No Respondents, | ) ) ) | |
| Respondents. | ) | |

ORDER OF COURT

AND NOW, this __12th__ day of __January__, 20_17_, it is hereby ORDERED that Debtors' April 4, 2014 Plan has been substantially consummated as defined in 11 U.S.C. §1101(2).  Therefore, a final decree is issued in the above-captioned case.

BY THE COURT,

_Carlota M. Böhm_
United States Bankruptcy Judge    kmt

FILED
1/12/17 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Raymond Washington
Sharon Washington
    Debtors

Case No. 10-24366-CMB
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 2     Date Rcvd: Jan 12, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
db/jdb        +Raymond Washington,    Sharon Washington,    18 N. Joslyn,    Pittsburgh, PA 15235-3928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:
         Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing, LLC
          ecfmail@mwc-law.com
         Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series
          2007-11 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Defendant    Bank of New York Mellon fka The Bank of New York, as
          Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2007-8
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificateholders of the   CWABS, Inc., Asset-Backed Certificates, Series
          2007-8 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Barbara A. Fein    on behalf of Creditor    Specialized Loan Servicing, LLC, Loan Servicing Agent
          for The Bank of New York Mellon, as Trustee juliep@lobaf.com,    lawofficeofbarbarafein@gmail.com
         Brian C. Thompson    on behalf of Joint Debtor Sharon   Washington bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
          torney.com
         Brian C. Thompson    on behalf of Plaintiff Sharon   Washington bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
          torney.com
         Brian C. Thompson    on behalf of Attorney    Grudowski & Thompson, P.C.
          bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
          torney.com
         Brian C. Thompson    on behalf of Creditor    Allegheny County bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
          torney.com
         Brian C. Thompson    on behalf of Debtor Raymond   Washington bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
          torney.com
         Brian C. Thompson    on behalf of Plaintiff Raymond   Washington bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
          spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
          torney.com
         CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us

```
District/off: 0315-2         User: lfin              Page 2 of 2              Date Rcvd: Jan 12, 2017
                             Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Heather.Sprague@usdoj.gov,
          Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
          Hilary B. Bonial    on behalf of Creditor    HSBC Mortgage Services, Inc notice@bkcylaw.com
          James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Asset-backed certificates, Series 2007-11 bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com, james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    The Bank of New York Mellon pawb@fedphe.com, james.prostko@phelanhallinan.com
          Jay B. Jones    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Joint Debtor Sharon Washington jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Debtor Raymond Washington jhunt@grblaw.com, cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
          Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon pawb@fedphe.com
          Kathleen Robb,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Kathleen.Robb@USDOJ.GOV
          Lisa DiCerbo    on behalf of Creditor    United States Of America, Irs lisa.dicerbo@irscounsel.treas.gov, lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
          Margaret Gairo    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul William Cressman    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee pawb@fedphe.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Peter J. Ashcroft    on behalf of Creditor    The Bank of New York Mellon pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Philip M. Oliss    on behalf of Creditor    Household Finance Consumer Discount Company Philip.oliss@squirepb.com
          Steven K. Eisenberg    on behalf of Creditor    Household Finance Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                       TOTAL: 32